Official Form 7
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Bachrach Clothing, Inc.**

Debtor(s)

Case No.   **06-06525**

Chapter   **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT
**$0.00**

SOURCE
**See attached schedule**

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

SOURCE

2

### 3. Payments to creditors

None   *Complete a. or b., as appropriate, and c.*
■

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
☐      immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached schedule.** | **The payment schedule refers to the check/payment date, not honored date.** | **$0.00** | **$0.00** |

None   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐      creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ed Bachrach**<br>**1555 Astor St 15W**<br>**Chicago, IL 60610**<br>  **5% owner Bachrach Clothing Holding Corp** | **Multiple** | **$161,551.84** | **$0.00** |

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Barbara James<br>157 Southmoreland Place<br>Decatur, IL 62521<br>  1.25% owner Bachrach Clothing Holding Corp, sister to Ed Bachrach | Multiple | $46,555.24 | $0.00 |
| Sally Robinson<br>3850 NE 6th Drive<br>Boca Raton, FL 33431<br>  1.25% owner Bachrach Clothing Holding Corp, sister to Ed Bachrach | Multiple | $39,772.02 | $0.00 |
| Ronald James<br>157 Southmoreland Place<br>Decatur, IL 62521<br>  Husband of Barbara James | Multiple | $103,303.25 | $0.00 |
| Sun Capital Partners Management III, LLC<br>5200 Town Center Circle<br>Suite 470<br>Boca Raton, FL 33486 | Multiple | $382,040.10 | $125,000.00 |
| Sheila Arnold<br>610 N Fairbanks Court<br>Chicago, IL 60611<br>  Chief Executive Officer and President | Multiple | $420,327.05 | $38,500.00 |
| David Staels<br>610 N Fairbanks Court<br>Chicago, IL 60611<br>  Vice President | Multiple | $163,611.90 | $30,192.26 |
| Kristin Sowa<br>One Bachrach Court<br>Decatur, IL 62526<br>  Chief Financial Officer, Secretary and Treasurer | Multiple | $140,631.70 | $31,381.25 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Jack Leson, Plaintiff vs. Irvin Wright, Defendant and Bachrach's Mens Wear, Employer<br>03 SC 2549 | Garnishment proceeding | In The Circuit Court of the Tenth Judicial Court County of Peoria, State of Illinois | Claim paid by Bachrach Clothing, Inc. and employee executed promissory note to reimburse Company through bi-weekly payroll deduction. |
| Morahima Galvan and Estela Nunez, Plaintiffs v. Bachrach and Nicholas Black, Defendants 04 C 8274 | Sexual harassment and gender discrimination claim. | In the United States District Court for the Northern District of Illinois Eastern Division | Pending |
| Olson + Co., Inc. Plaintiff, vs. Bachrach Clothing, Inc. Defendant | Plaintiff asserted: Count I - Breach of Contract and Count II - Unjust Enrichment. | State of Minnesota, County of Hennepin, District Court, Fourth Judicial District | Resolved |
| Brenda Wilson vs Bachrach Clothing, Inc.<br>Case #04 WC 039960 | Worker's Compensation Claim | Illinois Worker's Compensation Commission, Decatur Illinois | Pending |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Robert Muse vs. Bachrach Clothing, Inc Case #05 WC 020794** | **Worker's Compensation Claim** | **Illinois Worker's Compensation Commission, Chicago Illinois** | **Unknown** |
| **Cynthia Gulati vs. Bachrach Clothing, Inc. Case #05 WC 28769** | **Worker's Compensation Claim** | **Illinois Worker's Compensation Commission, Chicago Illinois** | **Resolved** |
| **Margarita Hernandez vs Bachrach Clothing, Inc Case #WCC No. 2004-8730F** | **Worker's Compenation Claim** | **Workers' Compensation Court , Oklahoma City Oklahoma** | **Pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

5

### 8. Losses

None
☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| Mall at Green Hills - $6,601.08 | Water damage to wood flooring & drywall ceiling from adjacent Tenant Sunglass Hut. Repair cost: $2,794 Labor, $2,124.38 Materials and $1,682.70 in reimbursable employee wages. Received $6,601.08 check from Liberty Mutual (Sunglass Hut's carrier) 6.29.06. | December 12, 2005 |
| Penn Square - $3,158.25 | Water damage to drywall ceiling & 45 knit shirts by adjacent Tenant Freshens Yogurt. Repair cost: $2,349.50 Labor & Material and $808.75 Product damaged. Reimbursement received from Freshens Yogurt carrier St Paul's Traveler's Insurance. | October 14, 2005 |
| Oak Park Mall - $2,061.14 | Water damage to drywall ceiling by adjacent Tenant Hollister. Repair cost: $1,147.64 Labor & Materials and $913.50 in reimbursable employee wages. Abercrombie still reviewing quote to reimburse. | January 10, 2006 |
| Penn Square Mall - $788.50 | Water damage to VCT in stockroom by adjacent Tenant Coldwater Creek. Repair cost: $788.50 Labor & Materials. Coldwater Creek carrier Chubb Group insurance reimbursed $788.50 on 6.30.06. | January 6, 2005 |
| Market Place Mall - $4,385.70 | Mall vendor Waste Management backed dump truck into back wall of store rendering wall unstable and damaging fixtures. Repair cost: $4,385.70 Labor & Materials. Reimbursement received from Beacon Insurance (Waste Management carrier). | December 8, 2005 |
| White Oaks Mall - $606.05 | Water damage to ceiling caused by mall drain pipe breaking. Repair cost: $606.05. Indemnification clause in lease prohibits us from collecting reimbursement from Landlord. | January 11, 2006 |
| Merchandise and falsification of expense reports $22,150.18 | Six confirmed instances over the one year period preceeding the commencement date of employee theft. Total amount of all six cases was $22,150.18 of which $5,387.00 has been recovered, $15,565.18 was not being prosecuted and $1,198.00 remains outstanding. | Multiple |

#### 9. Payments related to debt counseling or bankruptcy

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Alliance Management** **Carlson Towers, Suite 110** **601 Carlson Parkway** **Minneapolis, MN 55305** | 5/18/06 | $24,654.79 |
| **Alliance Management** **Carlson Towers, Suite 110** **601 Carlson Parkway** **Minneapolis, MN 55305** | 5/23/06 | $50,000.00 |
| **Shaw Gussis Fishman Glantz Wolfson & Tow** **321 N. Clark Street** **Suite 800** **Chicago, IL 60610** | 5/31/06 | $50,000.00 |
| **Kirkland & Ellis LLP** **200 E. Randolph Drive** **Chicago, IL 60601** | 6/2/06 | $40,000.00 |
| **Alliance Management** **Carlson Towers, Suite 110** **601 Carlson Parkway** **Minneapolis, MN 55305** | 6/5/06 | $160,000.00 |
| **Shaw Gussis Fishman Glantz Wolfson & Tow** **321 N. Clark St.** **Suite 800** **Chicago, IL 60610** | 6/5/06 | $112,000.00 |

#### 10. Other transfers

None
☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Edgar H Bachrach** **1555 Astor St** **#15W** **Chicago, IL 60610** **Shareholder of holding company** | 2/15/05 | $2,278,250.00 cash on 2/15/05 |

7

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Barbara James**<br>**157 Southmoreland Place**<br>**Decatur, IL 62521**<br>    **Shareholder of holding company** | **2/15/05** | **$560,875.00 cash on 2/15/05** |
| **Sally Robinson**<br>**3850 NE 6th Drive**<br>**Boca Raton, FL 33431-6116**<br>    **Shareholder of holding company** | **2/15/05** | **$560,875.00 cash on 2/15/05** |
| **BARSALED, LLC**<br>**157 Southmoreland Place**<br>**Decatur, IL 62521**<br>    **Current landlord for Decatur facility** | **2/15/05** | **On 2/14/05 real property with cost basis of $6,371,376.02 was transferred to BARSALED, LLC including real property commonly known as 357 W Decatur and the distribution center commonly known as One Bachrach Court, plus certain furniture and fixtures.** |
| **LaSalle Business Credit LLC**<br>**25 Braintree Hill Office Park**<br>**Suite 25**<br>**Braintree, MA 02184**<br>    **Secured lender** | **3/29/05** | **Security interest in substantially all of the Company's assets.** |
| **Sun Bachrach LLC**<br>**5200 Town Center Circle, Suite 470**<br>**Boca Raton, FL 33486**<br>    **Secured lender** | **7/12/05** | **Security interest in substantially all of the Company's assets.** |
| **Edgar H Bachrach**<br>**1555 Astor St**<br>**#15W**<br>**Chicago, IL 60610**<br>    **Shareholder of Holding Company** | **February 15, 2005** | **Subordinated security interest in substantially all of the Company's assets.** |
| **Harris Trust & Savings Bank**<br>**PO Box 755**<br>**Chicago, IL 60690**<br>    **Secured lender** | **February 17, 2005** | **Security interest in substantially all of the Company's assets; released March 31, 2005.** |

None
■      b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **MB Financial Bank NA**<br>**7222 West Cermak Road**<br>**North Riverside, IL 60546** | **Checking account number 01-06031512** | **Date of closing - January 2006**<br>**Amount at closing was $1,430.51** |

8

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **1st Source Bank** **P.O. Box 1602** **South Bend, IN 46634** | **Checking account number 118-657-6** | **Date of closing - January 2006** **Amount at closing was $1,358.34** |

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ☐   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **Northpark Mall #017** **320 W Kimberly Road** **Davenport, IA 52806** | **Bachrach Clothing, Inc** | **09/01/82-01/23/05** |
| **Westfield Shoppingtwon Topanga #026** **6600 Topanga Canyon Blvd, Space 64** **Canoga Park, CA 91303** | **Bachrach Clothing, Inc** | **11/19/84-01/15/04** |
| **Westfarms Mall #032** **455 Westfarms Mall** **Space B119** **500 Southeast Rd** **Farmington, CT 06032** | **Bachrach Clothing, Inc** | **08/1/97-07/27/04** |
| **Bridgewater Commons Mall #028** **400 Commons Way** **Suite 119** **Bridgewater, NJ 08807** | **Bachrach Clothing, Inc** | **11/16/01-08/29/04** |
| **North Riverside Mall #033** **7501 W Cermak Rd** **North Riverside, IL 60546** | **Bachrach Clothing, Inc** | **03/28/86-01/17/06** |

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **University Park Mall #052**<br>**6501 North Grape Road**<br>**Space 472**<br>**Mishawaka, IN 46545** | **Bachrach Clothing, Inc** | **10/09/88-01/31/06** |
| **The Plaza at King of Prussia #080**<br>**160 N Gulph Rd**<br>**Suite 1351**<br>**King of Prussia, PA 19406** | **Bachrach Clothing, Inc** | **10/28/95-05/30/06** |
| **357 W Decatur**<br>**Decatur, IL 62522** | **Bachrach Clothing, Inc** | **02/15/05-09/29/05** |
| **The Court at King of Prussia**<br>**160 N Gulph Rd**<br>**Unit 1054** | **Bachrach Clothing, Inc** | **02/01/06-05/31/06** |

### 16. Spouses and Former Spouses

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

10

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kristin Sowa** **One Bachrach Court** **Decatur, IL 62526** | **10.26.98 - present** |
| **Craig Morrison** **One Bachrach Court** **Decatur, IL 62526** | **12.29.03 - present** |
| **Jeff Meixner** **One Bachrach Court** **Decatur, IL 62526** | **2.13.89 - present** |
| **Ruby Kahler** **One Bachrach Court** **Decatur, IL 62526** | **12.23.80 - present** |
| **Glenda Cochran** **One Bachrach Court** **Decatur, IL 62526** | **3.12.90 - present** |
| **Susan Shackelford** **One Bachrach Court** **Decatur, IL 62526** | **7.16.91 - present** |

11

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mary Christina Robinson**<br>**One Bachrach Court**<br>**Decatur, IL 62526** | **8.13.84 - present** |
| **Debbie Riggs**<br>**One Bachrach Court**<br>**Decatur, IL 62526** | **4.8.91 - present** |
| **Tammy Bledsaw**<br>**One Bachrach Court**<br>**Decatur, IL 62526** | **6.29.95 - present** |
| **Lorinda Mrotzek-Damery**<br>**One Bachrach Court**<br>**Decatur, IL 62526** | **12.15.86 - present** |
| **Judy Turnbow**<br>**One Bachrach Court**<br>**Decatur, IL 62526** | **7.9.84 - present** |
| **Sharon Viccone**<br>**One Bachrach Court**<br>**Decatur, IL 62526** | **4.15.91 - present** |
| **Kachina Gordon**<br>**One Bachrach Court**<br>**Decatur, IL 62526** | **9.28.05 - present** |
| **Denise Hanson**<br>**One Bachrach Court**<br>**Decatur, IL 62526** | **11.12.01 - 8.17.05** |
| **Mary Hogan**<br>**One Bachrach Court**<br>**Decatur, IL 62526** | **5.2.06 - present** |
| **Alice Woodruff**<br>**One Bachrach Court**<br>**Decatur, IL 62526** | **10.9.89 - present** |
| **Crystal Foreman**<br>**One Bachrach Court**<br>**Decatur, IL 62526** | **11.4.91 - 3.4.06** |

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐    of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **McGladrey & Pullen** | **Dave Seiler**<br>**PO Box 4015**<br>**Champaign, IL 61824** | **February 14, 2005 Opening Balance Sheet Audit**<br>**January 31, 2006 Audited Financial Statements (work suspended prior to completion)**<br>**January 31, 2006 Tax return preparation**<br>**December 31, 2004 audit of Bachrach Thrift and Savings Plan** |
| **BKD** | **225 N Water Street**<br>**Suite 400**<br>**Decatur, IL 62525** | **December 31, 2004 Tax return preparation**<br>**February 14, 2005 Tax return preparation** |

12

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐     of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Bachrach Clothing, Inc.**<br>**All original books/records documents are maintained at the**<br>**Decatur corporate headquarters** | **One Bachrach Court**<br>**Decatur, IL 62526** |

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐     issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **LaSalle Business Credit LLC**<br>**25 Braintree Hill Office Park**<br>**Suite 205**<br>**Braintree, MA 02184** | **Multiple** |
| **Harris Trust & Savings Bank**<br>**111 West Monroe Street**<br>**Chicago, IL 60603** | **Multiple** |
| **Sun Capital Partners**<br>**5200 Town Center Circle**<br>**Suite 470**<br>**Boca Raton, FL 33486** | **Multiple** |
| **Commerce Bank**<br>**8000 Forsyth Boulevard**<br>**Saint Louis, MO 63105** | **February 2006** |
| **Capital Factors**<br>**1633 Broadway**<br>**40th Floor**<br>**New York, NY 10019** | **Multiple** |
| **Wells Fargo**<br>**119 W 40th Street**<br>**New York, NY 10018** | **December 2005** |
| **The CIT Group**<br>**300 South Grand Avenue**<br>**Los Angeles, CA 90071** | **Multiple** |
| **Continental Business Credit**<br>**21031 Ventura Boulevard**<br>**Suite 900**<br>**Woodland Hills, CA 91364** | **March 2006** |
| **Kellwood/Smart Shirts**<br>**2075 Quaker Pointe Dr**<br>**Quakertown, PA 18951** | **Multiple** |
| **GMAC**<br>**1290 Avenue of the Americas**<br>**New York, NY 10104** | **Multiple** |
| **Oxford Industries**<br>**222 Piedmont Avenue**<br>**Atlanta, GA 30308** | **February 2006** |
| **Rosenthal Factors**<br>**1370 Broadway**<br>**New York, NY 10018** | **Multiple** |
| **EDC/SEE**<br>**151 O'Connor**<br>**Ottowa**<br>**Canada K1A 1K3** | **June 2004** |

13

**20. Inventories**

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| February 28, 2006 | Saundra Smith | $12,350,179 at Cost |
| February 28, 2005 | Randy Council | $16,897,585 at Cost |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| February 28, 2006 | Saundra Smith<br>One Bachrach Court<br>Decatur, IL 62526 |
| February 28, 2005 | Saundra Smith<br>One Bachrach Court<br>Decatur, IL 62526 |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Sheila Arnold<br>600 North Fairbanks<br>Chicago, IL 60611 | President & Chief Executive Officer | None |
| Kristin Sowa<br>One Bachrach Court<br>Decatur, IL 62526 | Chief Financial Officer, Secretary, Treasurer | None |
| David Staels<br>600 North Fairbanks<br>Chicago, IL 60611 | Vice President | None |
| Gerald Woelcke<br>5200 Town Center Circle<br>Suite 470<br>Boca Raton, FL 33486 | Director | None |
| T Scott King<br>5200 Town Center Circle<br>Suite 470<br>Boca Raton, FL 33486 | Director | None |
| Bachrach Clothing Holding Corp | | 100% ownership of Bachrach Clothing, Inc. |

### 22 . Former partners, officers, directors and shareholders

None  ☐  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| **N/A** | | |

None  ☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Kevin J Calhoun**<br>**5200 Town Center Circle**<br>**Suite 470**<br>**Boca Raton, FL 33486** | **Director, Vice President** | **April 7, 2006** |
| **Clarene E Terry**<br>**5200 Town Center Circle**<br>**Suite 470**<br>**Boca Raton, FL 33486** | **Vice President** | **April 7, 2006** |
| **Michael J McConvery**<br>**5200 Town Center Circle**<br>**Suite 470**<br>**Boca Raton, FL 33486** | **Vice President & Assistant Secretary** | **April 7, 2006** |
| **Jim Jacobsen**<br>**One Bachrach Court**<br>**Decatur, IL 62526** | **Vice President** | **June 10, 2005** |
| **Craig Heisner**<br>**One Bachrach Court**<br>**Decatur, IL 62526** | **Vice President** | **December 31, 2005** |

### 23 . Withdrawals from a partnership or distributions by a corporation

None  ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| **See Payments to Creditors-Insiders #3c** | | |

### 24. Tax Consolidation Group.

None  ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None  ☐  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Bachrach Thrift and Savings Plan** | **37.0619605** |
| **Long-Term Incentive Plan of Bachrach Clothing, Inc. (un-funded non-qualified plan)** | **37.0619605** |

15

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**Supplemental Deferred Compensation Plan for Select Employees of Bachrach Clothing, Inc (unfunded non-qualified plan) This plan was terminated In February 2005**  37.0619605

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date July 10, 2006          Signature _Kristin Sowa_

Kristin Sowa
**Chief Financial Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**BACHRACH CLOTHING, INC.**
**SCHEDULE OF FINANCIAL AFFAIRS ITEM #1**
**Income from employment or operation of business**

**January 1, 2004 - December 31, 2004**
*(Gross Receipts)*

| Amount | Source |
|---|---|
| 88,227,412 | Sales |
| 231,771 | Alteration Income |
| 1,130,195 | Shipping Revenue |
| 52,242 | Interest Income |
| 106,699 | Finance Charge Income |
| 12,476 | Catalog Name Rental Income |
| 37,820 | Warehouse Sale Net Income |
| **Total Gross Receipts** 89,798,615 | |

**January 1, 2005 - December 31, 2005**
*(Gross Receipts)*

| Amount | Source |
|---|---|
| 80,944,840 | Sales |
| 400,811 | Alteration Income |
| 1,146,320 | Shipping Revenue |
| 16,014 | Interest Income |
| 101,798 | Finance Charge Income |
| 78,388 | Catalog Name Rental Income |
| 14,000 | Warehouse Sale Net Income |
| **Total Gross Receipts** 82,702,171 | |

**January 1, 2006 - June 6, 2006**
*(Gross Receipts)*

| Amount | Source |
|---|---|
| 24,810,274 | Sales |
| 209,603 | Alteration Income |
| 377,017 | Shipping Revenue |
| 583 | Interest Income |
| 33,924 | Finance Charge Income |
| 19,696 | Catalog Name Rental Income |
| 4,000 | Warehouse Sale Net Income |
| **Total Gross Receipts** 25,455,097 | |