**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
**Item 3b. Payments to Creditors within 90 days (aggregate over $5,000)**

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| CYNTHIA L PUPELIS-CHORAK | 5918 W 124TH ST | | ALSIP | IL | 60803 | 2006-04-22 | 25.00 |
| CYNTHIA L PUPELIS-CHORAK | 5918 W 124TH ST | | ALSIP | IL | 60803 | 2006-05-06 | 759.80 |
| CYNTHIA L PUPELIS-CHORAK | 5918 W 124TH ST | | ALSIP | IL | 60803 | 2006-05-20 | 580.00 |
| CYNTHIA L PUPELIS-CHORAK | 5918 W 124TH ST | | ALSIP | IL | 60803 | 2006-05-20 | 535.05 |
| CYNTHIA L PUPELIS-CHORAK | 5918 W 124TH ST | | ALSIP | IL | 60803 | 2006-05-20 | 29.00 |
| CYNTHIA L PUPELIS-CHORAK | 5918 W 124TH ST | | ALSIP | IL | 60803 | 2006-05-20 | 102.70 |
| CYNTHIA L PUPELIS-CHORAK | 5918 W 124TH ST | | ALSIP | IL | 60803 | 2006-06-03 | 116.00 |
| CYNTHIA L PUPELIS-CHORAK | 5918 W 124TH ST | | ALSIP | IL | 60803 | 2006-06-03 | 999.05 |
| CYNTHIA L PUPELIS-CHORAK | 5918 W 124TH ST | | ALSIP | IL | 60803 | 2006-06-03 | 1.45 |
| CYNTHIA L PUPELIS-CHORAK | 5918 W 124TH ST | | ALSIP | IL | 60803 | 2006-06-03 | 52.20 |
| CYNTHIA L PUPELIS-CHORAK | 5918 W 124TH ST | | ALSIP | IL | 60803 | 2006-06-03 | 1.50 |
| D & E SOLUTIONS LLC | STE 4 | 699 WEST GERMANTOWN PIKE | PLYMOUTH MEETING | PA | 19462 | 2006-4-7 | 7,900.00 |
| DALK ENTERPRISES INC. | 358 FIFTH AVE. STE.# 1107 | | NEW YORK | NY | 10001 | 2006-3-10 | 17,645.70 |
| DALK ENTERPRISES INC. | 358 FIFTH AVE. STE.# 1107 | | NEW YORK | NY | 10001 | 2006-3-17 | 37,867.00 |
| DALK ENTERPRISES INC. | 358 FIFTH AVE. STE.# 1107 | | NEW YORK | NY | 10001 | 2006-3-24 | 22,854.72 |
| DALK ENTERPRISES INC. | 358 FIFTH AVE. STE.# 1107 | | NEW YORK | NY | 10001 | 2006-4-13 | 99,291.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-03-11 | 80.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-03-11 | 645.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-03-11 | 37.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-03-11 | 1.50 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-03-11 | 18.90 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-03-11 | 2.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-03-25 | 757.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-04-08 | 787.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-04-08 | 6.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-04-08 | 183.05 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-04-08 | 75.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-04-22 | 725.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-04-22 | 135.45 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-04-22 | 5.27 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-04-22 | 100.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-05-06 | 719.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-05-06 | 2.72 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-05-20 | 767.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-05-20 | 19.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-05-20 | 16.50 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-06-03 | 746.00 |
| DARYA DUBININA | 371 HORIZON DR | | EDISON | NJ | 8817 | 2006-06-03 | 14.10 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-03-11 | 549.60 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-03-11 | 34.40 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-03-11 | 94.66 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-03-25 | 592.00 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-03-25 | 19.20 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-03-25 | 1.20 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-03-25 | 199.77 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-03-25 | 8.80 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-03-25 | 50.00 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-04-08 | 611.20 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-04-08 | 44.40 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-04-08 | 186.28 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-04-08 | 50.00 |

BACHRACH CLOTHING, INC.
STATEMENT OF FINANCIAL AFFAIRS
Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-04-22 | 585.60 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-04-22 | 195.57 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-04-22 | 8.03 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-05-06 | 537.60 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-05-06 | 26.12 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-05-06 | 2.58 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-05-20 | 600.00 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-05-20 | 40.80 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-05-20 | 18.00 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-05-20 | 56.69 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-06-03 | 573.60 |
| DAVID A DEJESUS | 9371 WILLOW RD | | WILLIS | MI | 48191 | 2006-06-03 | 24.80 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-03-11 | 1,252.00 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-03-11 | 157.28 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-03-25 | 250.40 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-03-25 | 1,078.29 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-04-08 | 125.20 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-04-08 | 1,176.88 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-04-08 | 30.52 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-04-12 | 775.00 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-04-22 | 125.20 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-04-22 | 1,101.76 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-04-22 | 53.99 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-05-06 | 57.92 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-05-06 | 1,270.40 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-05-06 | 119.10 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-05-20 | 1,249.76 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-06-03 | 1,249.76 |
| DAVID A HERSHEY | 8860 WESTFIELD BLVD | | INDIANAPOLIS | IN | 46240 | 2006-06-03 | 61.93 |
| DAVID A STAELS | 2970 NORTH LAKE SHORE DR #8B | | CHICAGO | IL | 60657 | 2006-03-11 | 5,961.54 |
| DAVID A STAELS | 2970 NORTH LAKE SHORE DR #8B | | CHICAGO | IL | 60657 | 2006-03-25 | 5,961.54 |
| DAVID A STAELS | 2970 NORTH LAKE SHORE DR #8B | | CHICAGO | IL | 60657 | 2006-04-08 | 5,961.54 |
| DAVID A STAELS | 2970 NORTH LAKE SHORE DR #8B | | CHICAGO | IL | 60657 | 2006-04-22 | 5,961.54 |
| DAVID A STAELS | 2970 NORTH LAKE SHORE DR #8B | | CHICAGO | IL | 60657 | 2006-05-06 | 5,961.54 |
| DAVID A STAELS | 2970 NORTH LAKE SHORE DR #8B | | CHICAGO | IL | 60657 | 2006-05-20 | 5,961.54 |
| DAVID A STAELS | 2970 NORTH LAKE SHORE DR #8B | | CHICAGO | IL | 60657 | 2006-06-03 | 5,961.54 |
| DAVID A STAELS | 2970 NORTH LAKE SHORE DR #8B | | CHICAGO | IL | 60657 | 2006-06-05 | 3,576.92 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-03-11 | 812.00 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-03-11 | 202.49 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-03-11 | 45.68 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-03-11 | 202.30 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-03-11 | 12.00 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-03-25 | 629.60 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-03-25 | 399.91 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-03-25 | 119.57 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-03-25 | 2.58 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-03-25 | 25.00 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-04-08 | 812.00 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-04-08 | 65.47 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-04-08 | 436.51 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-04-08 | 25.00 |

| BACHRACH CLOTHING, INC. | | | | | | | |
|---|---|---|---|---|---|---|---|
| STATEMENT OF FINANCIAL AFFAIRS | | | | | | | |
| Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000) | | | | | | | |
| | | | | | | | Amount |
| Name | Address1 | Address2 | City | State | Zip | Date | Paid |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-04-22 | 328.86 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-04-22 | 679.15 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-04-22 | 1.38 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-04-24 | 50.00 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-05-06 | 336.98 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-05-06 | 468.55 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-05-20 | 244.62 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-05-20 | 15.23 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-05-20 | 151.32 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-06-03 | 300.44 |
| DAVID A WHITE | 3201 W WIMBERLY DR | | YUKON | OK | 73099 | 2006-06-03 | 153.62 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-03-11 | 614.40 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-03-11 | 22.80 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-03-11 | 25.60 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-03-11 | 13.20 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-03-11 | 10.00 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-03-25 | 854.10 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-03-25 | 1.95 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-04-08 | 520.00 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-04-08 | 76.05 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-04-22 | 995.80 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-04-22 | 177.45 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-05-06 | 1,040.00 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-05-06 | 48.75 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-05-20 | 1,002.30 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-05-20 | 265.20 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-06-03 | 1,038.70 |
| DAVID ANDERSON | 951 SHERWOOD ST | | ANN ARBOR | MI | 48103 | 2006-06-03 | 148.20 |
| DAVID C JOHNSON | 578 S CHURCH #2W | | DECATUR | IL | 62522 | 2006-03-11 | 1,526.69 |
| DAVID C JOHNSON | 578 S CHURCH #2W | | DECATUR | IL | 62522 | 2006-03-25 | 1,557.23 |
| DAVID C JOHNSON | 578 S CHURCH #2W | | DECATUR | IL | 62522 | 2006-03-25 | 365.85 |
| DAVID C JOHNSON | 578 S CHURCH #2W | | DECATUR | IL | 62522 | 2006-04-08 | 1,923.08 |
| DAVID C JOHNSON | 578 S CHURCH #2W | | DECATUR | IL | 62522 | 2006-04-22 | 1,923.08 |
| DAVID C JOHNSON | 578 S CHURCH #2W | | DECATUR | IL | 62522 | 2006-05-06 | 1,923.08 |
| DAVID C JOHNSON | 578 S CHURCH #2W | | DECATUR | IL | 62522 | 2006-05-20 | 1,923.08 |
| DAVID C JOHNSON | 578 S CHURCH #2W | | DECATUR | IL | 62522 | 2006-06-03 | 1,923.08 |
| DAVID E GRAY | 8319 KENWOOD DR #E17 | | CINCINNATI | OH | 45236 | 2006-03-11 | 2,000.00 |
| DAVID E GRAY | 8319 KENWOOD DR #E17 | | CINCINNATI | OH | 45236 | 2006-03-25 | 2,000.00 |
| DAVID E GRAY | 8319 KENWOOD DR #E17 | | CINCINNATI | OH | 45236 | 2006-04-08 | 2,000.00 |
| DAVID E GRAY | 8319 KENWOOD DR #E17 | | CINCINNATI | OH | 45236 | 2006-04-12 | 1,200.00 |
| DAVID E GRAY | 8319 KENWOOD DR #E17 | | CINCINNATI | OH | 45236 | 2006-04-22 | 2,000.00 |
| DAVID E GRAY | 8319 KENWOOD DR #E17 | | CINCINNATI | OH | 45236 | 2006-05-06 | 2,000.00 |
| DAVID E GRAY | 8319 KENWOOD DR #E17 | | CINCINNATI | OH | 45236 | 2006-05-20 | 2,000.00 |
| DAVID E GRAY | 8319 KENWOOD DR #E17 | | CINCINNATI | OH | 45236 | 2006-05-20 | 11.92 |
| DAVID E GRAY | 8319 KENWOOD DR #E17 | | CINCINNATI | OH | 45236 | 2006-06-03 | 2,000.00 |
| DAVID E GRAY | 8319 KENWOOD DR #E17 | | CINCINNATI | OH | 45236 | 2006-06-03 | 15.92 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-03-11 | 628.80 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-03-25 | 564.80 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-03-25 | 225.92 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-04-08 | 618.40 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-04-08 | 295.51 |

| BACHRACH CLOTHING, INC. | | | | | | | |
| STATEMENT OF FINANCIAL AFFAIRS | | | | | | | |
| Item 3b. Payments to Creditors within 90 days (aggregate over $5,000) | | | | | | | |
| | | | | | | | Amount |
| Name | Address1 | Address2 | City | State | Zip | Date | Paid |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-04-22 | 580.00 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-04-22 | 76.20 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-05-06 | 582.40 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-05-06 | 93.11 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-05-06 | 2.78 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-05-20 | 590.40 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-05-20 | 44.00 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-05-20 | 12.00 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-05-20 | 254.58 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-06-03 | 411.20 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-06-03 | 165.60 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-06-03 | 31.20 |
| DAVID J ANDERSON | 4916 HACKNEY LN | | THE COLONY | TX | 75056 | 2006-06-03 | 414.74 |
| DAVID L FERGUSON | 4593 RIVER PARKWAY #H | | ATLANTA | GA | 30339 | 2006-03-11 | 2,115.39 |
| DAVID L FERGUSON | 4593 RIVER PARKWAY #H | | ATLANTA | GA | 30339 | 2006-03-25 | 2,115.39 |
| DAVID L FERGUSON | 4593 RIVER PARKWAY #H | | ATLANTA | GA | 30339 | 2006-04-08 | 2,115.39 |
| DAVID L FERGUSON | 4593 RIVER PARKWAY #H | | ATLANTA | GA | 30339 | 2006-04-22 | 2,115.39 |
| DAVID L FERGUSON | 4593 RIVER PARKWAY #H | | ATLANTA | GA | 30339 | 2006-05-06 | 2,115.39 |
| DAVID L FERGUSON | 4593 RIVER PARKWAY #H | | ATLANTA | GA | 30339 | 2006-05-20 | 2,115.39 |
| DAVID L FERGUSON | 4593 RIVER PARKWAY #H | | ATLANTA | GA | 30339 | 2006-06-03 | 2,115.39 |
| DAVIDSON COUNTY CLERK | BILL COVINGTON | 700 SECOND AVE SOUTH | NASHVILLE | TN | 37210 | 2006-5-18 | 5,322.61 |
| DAWN M WOJTYSIAK | 3020 E ADAMS AVE | | CUDAHY | WI | 53110 | 2006-03-11 | 660.00 |
| DAWN M WOJTYSIAK | 3020 E ADAMS AVE | | CUDAHY | WI | 53110 | 2006-03-11 | 40.00 |
| DAWN M WOJTYSIAK | 3020 E ADAMS AVE | | CUDAHY | WI | 53110 | 2006-03-25 | 786.00 |
| DAWN M WOJTYSIAK | 3020 E ADAMS AVE | | CUDAHY | WI | 53110 | 2006-04-08 | 785.00 |
| DAWN M WOJTYSIAK | 3020 E ADAMS AVE | | CUDAHY | WI | 53110 | 2006-04-08 | 31.50 |
| DAWN M WOJTYSIAK | 3020 E ADAMS AVE | | CUDAHY | WI | 53110 | 2006-04-22 | 772.00 |
| DAWN M WOJTYSIAK | 3020 E ADAMS AVE | | CUDAHY | WI | 53110 | 2006-04-22 | 1.98 |
| DAWN M WOJTYSIAK | 3020 E ADAMS AVE | | CUDAHY | WI | 53110 | 2006-05-06 | 780.00 |
| DAWN M WOJTYSIAK | 3020 E ADAMS AVE | | CUDAHY | WI | 53110 | 2006-05-06 | 1.96 |
| DAWN M WOJTYSIAK | 3020 E ADAMS AVE | | CUDAHY | WI | 53110 | 2006-05-20 | 689.00 |
| DAWN M WOJTYSIAK | 3020 E ADAMS AVE | | CUDAHY | WI | 53110 | 2006-06-03 | 772.00 |
| DAWSON E WHITE III | 577 DEERING DR | | DOUGLASVILLE | GA | 30134 | 2006-03-11 | 1,653.85 |
| DAWSON E WHITE III | 577 DEERING DR | | DOUGLASVILLE | GA | 30134 | 2006-03-11 | 4.58 |
| DAWSON E WHITE III | 577 DEERING DR | | DOUGLASVILLE | GA | 30134 | 2006-03-25 | 1,653.85 |
| DAWSON E WHITE III | 577 DEERING DR | | DOUGLASVILLE | GA | 30134 | 2006-04-08 | 1,653.85 |
| DAWSON E WHITE III | 577 DEERING DR | | DOUGLASVILLE | GA | 30134 | 2006-04-22 | 1,653.85 |
| DAWSON E WHITE III | 577 DEERING DR | | DOUGLASVILLE | GA | 30134 | 2006-05-06 | 1,653.85 |
| DAWSON E WHITE III | 577 DEERING DR | | DOUGLASVILLE | GA | 30134 | 2006-05-20 | 1,653.85 |
| DAWSON E WHITE III | 577 DEERING DR | | DOUGLASVILLE | GA | 30134 | 2006-06-03 | 1,653.85 |
| DAYTON MALL VENTURE LLC | DAYTON MALL | L-2005 | COLUMBUS | OH | 43260-2005 | 2006-3-31 | 14,892.40 |
| DAYTON MALL VENTURE LLC | DAYTON MALL | L-2005 | COLUMBUS | OH | 43260-2005 | 2006-4-28 | 14,892.40 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-03-11 | 600.80 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-03-11 | 80.00 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-03-11 | 120.00 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-03-25 | 653.37 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-03-25 | 8.64 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-03-25 | 161.60 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-04-08 | 808.00 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-04-08 | 27.27 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-04-22 | 702.35 |

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
Item 3b. Payments to Creditors within 90 days (aggregate over $5,000)

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-04-22 | 80.80 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-04-22 | 40.40 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-05-06 | 667.91 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-05-06 | 121.20 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-05-20 | 653.27 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-05-20 | 121.20 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-06-03 | 536.92 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-06-03 | 121.20 |
| DEANNA C RAMSEY | 3801 E HICKORY | | DECATUR | IL | 62526 | 2006-06-06 | 10,867.60 |
| DEBORAH K RIDGEWAY | P.O. BOX 396 | 202 W CARTER | CERRO GORDO | IL | 61818 | 2006-03-10 | 11,305.02 |
| DEBORAH K RIDGEWAY | P.O. BOX 396 | 202 W CARTER | CERRO GORDO | IL | 61818 | 2006-03-11 | 2,397.69 |
| DEBORAH K RIDGEWAY | P.O. BOX 396 | 202 W CARTER | CERRO GORDO | IL | 61818 | 2006-03-25 | 2,433.66 |
| DEBORAH K RIDGEWAY | P.O. BOX 396 | 202 W CARTER | CERRO GORDO | IL | 61818 | 2006-04-08 | 2,433.66 |
| DEBORAH K RIDGEWAY | P.O. BOX 396 | 202 W CARTER | CERRO GORDO | IL | 61818 | 2006-04-22 | 2,190.29 |
| DEBORAH K RIDGEWAY | P.O. BOX 396 | 202 W CARTER | CERRO GORDO | IL | 61818 | 2006-05-06 | 243.37 |
| DEBORAH K RIDGEWAY | P.O. BOX 396 | 202 W CARTER | CERRO GORDO | IL | 61818 | 2006-05-06 | 2,433.66 |
| DEBORAH K RIDGEWAY | P.O. BOX 396 | 202 W CARTER | CERRO GORDO | IL | 61818 | 2006-05-20 | 1,460.20 |
| DEBORAH K RIDGEWAY | P.O. BOX 396 | 202 W CARTER | CERRO GORDO | IL | 61818 | 2006-06-03 | 973.46 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-03-11 | 923.97 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-03-11 | 162.60 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-03-20 | 500.00 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-03-25 | 951.36 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-03-25 | 39.39 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-03-25 | 110.00 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-04-08 | 1,004.99 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-04-08 | 11.96 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-04-08 | 110.00 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-04-22 | 887.43 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-04-22 | 220.00 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-05-06 | 783.75 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-05-06 | 14.03 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-05-06 | 110.00 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-05-06 | 220.00 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-05-20 | 1,063.98 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-05-20 | 82.50 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-06-03 | 875.05 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-06-03 | 94.26 |
| DEBRA S RIGGS | 40 ENLOW DR | | DECATUR | IL | 62521 | 2006-06-03 | 275.00 |
| DENNIS A ANDIA | 1961 CHAIN BRIDGE RD. | | MCLEAN | VA | 22102 | 2006-03-11 | 2,006.16 |
| DENNIS A ANDIA | 1961 CHAIN BRIDGE RD. | | MCLEAN | VA | 22102 | 2006-03-11 | 4.00 |
| DENNIS A ANDIA | 1961 CHAIN BRIDGE RD. | | MCLEAN | VA | 22102 | 2006-03-25 | 2,026.23 |
| DENNIS A ANDIA | 1961 CHAIN BRIDGE RD. | | MCLEAN | VA | 22102 | 2006-03-25 | 25.00 |
| DENNIS A ANDIA | 1961 CHAIN BRIDGE RD. | | MCLEAN | VA | 22102 | 2006-04-08 | 2,026.23 |
| DENNIS A ANDIA | 1961 CHAIN BRIDGE RD. | | MCLEAN | VA | 22102 | 2006-04-22 | 1,418.36 |
| DENNIS A ANDIA | 1961 CHAIN BRIDGE RD. | | MCLEAN | VA | 22102 | 2006-04-22 | 607.87 |
| DENNIS A ANDIA | 1961 CHAIN BRIDGE RD. | | MCLEAN | VA | 22102 | 2006-04-22 | 15.84 |
| DENNIS A ANDIA | 1961 CHAIN BRIDGE RD. | | MCLEAN | VA | 22102 | 2006-05-06 | 2,026.23 |
| DENNIS A ANDIA | 1961 CHAIN BRIDGE RD. | | MCLEAN | VA | 22102 | 2006-05-06 | 26.32 |
| DENNIS A ANDIA | 1961 CHAIN BRIDGE RD. | | MCLEAN | VA | 22102 | 2006-05-20 | 2,026.23 |
| DENNIS A ANDIA | 1961 CHAIN BRIDGE RD. | | MCLEAN | VA | 22102 | 2006-05-20 | 17.06 |

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
**Item 3b. Payments to Creditors within 90 days (aggregate over $5,000)**

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| DENNIS A ANDIA | 1961 CHAIN BRIDGE RD. | | MCLEAN | VA | 22102 | 2006-06-03 | 2,026.23 |
| DENNIS A ANDIA | 1961 CHAIN BRIDGE RD. | | MCLEAN | VA | 22102 | 2006-06-03 | 7.14 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-03-10 | 2,116.93 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-03-11 | 242.56 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-03-11 | 615.16 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-03-11 | 271.26 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-03-11 | 14.67 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-03-25 | 531.88 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-03-25 | 577.18 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-03-25 | 104.95 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-03-25 | 5.44 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-04-08 | 396.68 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-04-08 | 468.68 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-04-08 | 261.67 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-04-22 | 406.04 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-04-22 | 672.12 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-04-22 | 609.27 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-05-06 | 494.30 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-05-20 | 672.12 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-05-20 | 114.50 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-05-25 | 622.39 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-06-03 | 1,056.41 |
| DENNIS L HALPRIN | 8422 SOUTHRIDGE DR | | HOWELL | MI | 48843 | 2006-06-03 | 362.41 |
| DI CONF SRL | Via Variante 7BIS | KM.45.300 | Mariglianella | Napoli | 80030 | 2006-4-19 | 10,480.60 |
| DIANA N ADRIAN | 994 N GLENVIEW CT | | PALATINE | IL | 60067 | 2006-03-11 | 1,444.43 |
| DIANA N ADRIAN | 994 N GLENVIEW CT | | PALATINE | IL | 60067 | 2006-03-11 | 182.81 |
| DIANA N ADRIAN | 994 N GLENVIEW CT | | PALATINE | IL | 60067 | 2006-03-25 | 1,458.88 |
| DIANA N ADRIAN | 994 N GLENVIEW CT | | PALATINE | IL | 60067 | 2006-03-25 | 164.12 |
| DIANA N ADRIAN | 994 N GLENVIEW CT | | PALATINE | IL | 60067 | 2006-04-08 | 1,458.88 |
| DIANA N ADRIAN | 994 N GLENVIEW CT | | PALATINE | IL | 60067 | 2006-04-08 | 259.86 |
| DIANA N ADRIAN | 994 N GLENVIEW CT | | PALATINE | IL | 60067 | 2006-04-22 | 1,458.88 |
| DIANA N ADRIAN | 994 N GLENVIEW CT | | PALATINE | IL | 60067 | 2006-04-22 | 321.41 |
| DIANA N ADRIAN | 994 N GLENVIEW CT | | PALATINE | IL | 60067 | 2006-05-06 | 1,458.88 |
| DIANA N ADRIAN | 994 N GLENVIEW CT | | PALATINE | IL | 60067 | 2006-05-06 | 88.90 |
| DIANA N ADRIAN | 994 N GLENVIEW CT | | PALATINE | IL | 60067 | 2006-05-20 | 1,021.22 |
| DIANA N ADRIAN | 994 N GLENVIEW CT | | PALATINE | IL | 60067 | 2006-05-20 | 75.22 |
| DIANA N ADRIAN | 994 N GLENVIEW CT | | PALATINE | IL | 60067 | 2006-05-20 | 1,458.88 |
| DIRECTION/B.J.D. | 4921 EASTERN AVE. | | BELL | CA | 90201-6405 | 2006-4-14 | 13,965.00 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-8 | 75.85 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-9 | 154.13 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-10 | 53.13 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-13 | 78.10 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-14 | 57.06 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-14 | 91.65 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-14 | 197.23 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-15 | 75.17 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-16 | 90.52 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-17 | 86.81 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-20 | 121.77 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-21 | 79.32 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-21 | 87.75 |

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
**Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)**

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|------|----------|----------|------|-------|-----|------|-------------|
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-21 | 126.70 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-22 | 291.71 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-23 | 54.46 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-24 | 57.44 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-27 | 193.33 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-28 | 101.46 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-28 | 105.62 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-28 | 199.77 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-29 | 146.14 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-30 | 138.09 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-3-31 | 95.09 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-3 | 114.21 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-4 | 129.57 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-4 | 155.10 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-4 | 199.73 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-5 | 102.71 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-6 | 89.84 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-7 | 96.35 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-10 | 65.04 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-11 | 104.22 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-11 | 151.97 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-11 | 287.12 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-12 | 112.76 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-13 | 85.20 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-14 | 75.28 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-17 | 74.02 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-18 | 68.85 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-18 | 117.94 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-19 | 173.55 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-20 | 157.90 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-21 | 71.70 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-24 | 65.35 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-25 | 63.42 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-25 | 136.46 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-25 | 156.18 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-26 | 93.35 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-27 | 142.39 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-4-28 | 76.15 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-1 | 87.31 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-2 | 87.43 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-2 | 95.49 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-2 | 179.43 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-3 | 87.44 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-4 | 153.48 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-5 | 73.84 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-8 | 127.62 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-9 | 91.68 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-9 | 123.51 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-9 | 178.75 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-10 | 81.17 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-11 | 133.37 |

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-12 | 65.84 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-15 | 96.22 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-16 | 73.87 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-16 | 106.66 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-16 | 125.95 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-17 | 45.47 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-18 | 90.89 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-19 | 68.95 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-22 | 80.01 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-23 | 141.00 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-23 | 156.97 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-23 | 163.09 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-24 | 78.61 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-25 | 160.99 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-26 | 79.95 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-30 | 155.12 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-31 | 105.97 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-31 | 114.63 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-31 | 125.72 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-5-31 | 132.49 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-6-1 | 129.41 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-6-2 | 140.21 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-6-5 | 111.30 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-6-6 | 116.04 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-6-6 | 152.76 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-6-6 | 167.41 |
| DISCOVER | 6500 New Albany Road East | | New Albany | Ohio | 43054 | 2006-6-6 | 230.69 |
| DONN MIGUEL E DURANTE | 15820 TERRACE DR | UNIT 3N | OAK FORREST | IL | 60452 | 2006-03-11 | 2,000.00 |
| DONN MIGUEL E DURANTE | 15820 TERRACE DR | UNIT 3N | OAK FORREST | IL | 60452 | 2006-03-25 | 2,000.00 |
| DONN MIGUEL E DURANTE | 15820 TERRACE DR | UNIT 3N | OAK FORREST | IL | 60452 | 2006-04-08 | 2,000.00 |
| DONN MIGUEL E DURANTE | 15820 TERRACE DR | UNIT 3N | OAK FORREST | IL | 60452 | 2006-04-22 | 2,000.00 |
| DONN MIGUEL E DURANTE | 15820 TERRACE DR | UNIT 3N | OAK FORREST | IL | 60452 | 2006-05-02 | 1,200.00 |
| DONN MIGUEL E DURANTE | 15820 TERRACE DR | UNIT 3N | OAK FORREST | IL | 60452 | 2006-05-02 | 1,200.00 |
| DONN MIGUEL E DURANTE | 15820 TERRACE DR | UNIT 3N | OAK FORREST | IL | 60452 | 2006-05-06 | 2,000.00 |
| DONN MIGUEL E DURANTE | 15820 TERRACE DR | UNIT 3N | OAK FORREST | IL | 60452 | 2006-05-20 | 2,000.00 |
| DONN MIGUEL E DURANTE | 15820 TERRACE DR | UNIT 3N | OAK FORREST | IL | 60452 | 2006-06-03 | 2,000.00 |
| DONN MIGUEL E DURANTE | 15820 TERRACE DR | UNIT 3N | OAK FORREST | IL | 60452 | 2006-06-03 | 1,300.00 |
| DONNELLEY MARKETING | A SUBSIDIARY OF INFOUSA | PO BOX 3603 | OMAHA | NE | 68103-0603 | 2006-4-21 | 8,096.48 |
| DONNELLEY MARKETING | A SUBSIDIARY OF INFOUSA | PO BOX 3603 | OMAHA | NE | 68103-0603 | 2006-4-28 | 7,386.69 |
| DONNELLEY MARKETING | A SUBSIDIARY OF INFOUSA | PO BOX 3603 | OMAHA | NE | 68103-0603 | 2006-5-12 | 6,607.32 |
| EASTLAND MALL, LLC | PO BOX 74710 | | CLEVELAND | OH | 44194-4710 | 2006-3-31 | 10,348.78 |
| EASTLAND MALL, LLC | PO BOX 74710 | | CLEVELAND | OH | 44194-4710 | 2006-4-28 | 10,348.78 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-03-11 | 480.00 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-03-11 | 28.00 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-03-11 | 483.29 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-03-11 | 524.00 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-03-25 | 485.53 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-03-25 | 576.00 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-04-08 | 533.06 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-04-08 | 75.00 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-04-22 | 536.00 |

28

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|------|----------|----------|------|-------|-----|------|-------------|
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-04-22 | 330.84 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-04-22 | 1.56 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-05-06 | 512.00 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-05-06 | 222.62 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-05-06 | 7.18 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-05-20 | 564.00 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-05-20 | 6.00 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-05-20 | 311.80 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-05-20 | 9.40 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-06-03 | 544.00 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-06-03 | 484.32 |
| EDEN ASFAHA | 1405 E 40TH ST #13F | | MINNEAPOLIS | MN | 55407 | 2006-06-03 | 19.90 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-03-11 | 666.28 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-03-11 | 159.04 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-03-25 | 766.13 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-03-25 | 13.02 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-03-25 | 40.36 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-04-08 | 568.07 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-04-08 | 17.41 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-04-08 | 80.72 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-04-22 | 643.24 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-04-22 | 21.19 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-04-22 | 161.44 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-05-06 | 807.20 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-05-06 | 23.16 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-05-20 | 807.20 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-05-20 | 32.39 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-06-03 | 565.65 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-06-03 | 161.44 |
| EDNA M MONK | 705 S 17TH ST | | DECATUR | IL | 62521 | 2006-06-03 | 80.72 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-03-11 | 530.60 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-03-11 | 135.64 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-03-25 | 68.48 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-03-25 | 460.60 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-03-25 | 216.08 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-04-08 | 67.12 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-04-08 | 432.60 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-04-08 | 385.86 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-04-08 | 1.38 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-04-22 | 496.30 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-04-22 | 429.70 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-04-24 | 50.00 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-05-06 | 518.00 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-05-06 | 300.94 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-05-20 | 532.00 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-05-20 | 13.65 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-05-20 | 196.46 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-06-03 | 528.50 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-06-03 | 312.58 |
| EDWARD L LEWIS | 8016 W DENVER | | MILWAUKEE | WI | 53223 | 2006-06-03 | 6.20 |
| ELIZABETH K MICHEL | 1131 LAKESIDE CT | | NAPERVILLE | IL | 60564 | 2006-03-11 | 1,461.54 |

29

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
**Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)**

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| ELIZABETH K MICHEL | 1131 LAKESIDE CT | | NAPERVILLE | IL | 60564 | 2006-03-25 | 1,461.54 |
| ELIZABETH K MICHEL | 1131 LAKESIDE CT | | NAPERVILLE | IL | 60564 | 2006-04-08 | 1,461.54 |
| ELIZABETH K MICHEL | 1131 LAKESIDE CT | | NAPERVILLE | IL | 60564 | 2006-04-22 | 1,461.54 |
| ELIZABETH K MICHEL | 1131 LAKESIDE CT | | NAPERVILLE | IL | 60564 | 2006-05-06 | 1,461.54 |
| ELIZABETH K MICHEL | 1131 LAKESIDE CT | | NAPERVILLE | IL | 60564 | 2006-05-20 | 1,461.54 |
| ELIZABETH K MICHEL | 1131 LAKESIDE CT | | NAPERVILLE | IL | 60564 | 2006-06-03 | 1,461.54 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-03-11 | 1,154.32 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-03-11 | 82.03 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-03-11 | 28.08 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-03-11 | 31.04 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-03-11 | 5.00 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-03-25 | 1,194.40 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-03-25 | 134.37 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-04-08 | 913.72 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-04-08 | 134.37 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-04-12 | 298.60 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-04-22 | 1,194.40 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-04-22 | 49.27 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-04-22 | 1.80 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-05-06 | 1,189.92 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-05-20 | 1,194.40 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-05-20 | 85.10 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-06-03 | 1,194.40 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-06-03 | 109.74 |
| ERIC S MCCAMEY | 11707 HARTWELL | | DETROIT | MI | 48227 | 2006-06-03 | 2.38 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-03-11 | 1,020.00 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-03-11 | 145.35 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-03-25 | 1,020.00 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-03-25 | 135.79 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-04-08 | 988.13 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-04-08 | 95.63 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-04-08 | 31.88 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-04-08 | 153.00 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-04-12 | 775.00 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-04-22 | 1,120.00 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-04-22 | 256.20 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-04-24 | 125.00 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-05-06 | 1,120.00 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-05-06 | 243.60 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-05-20 | 1,120.00 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-05-20 | 266.70 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-06-03 | 1,120.00 |
| ERICA L CHELLEVOLD | 3062 N FRATNEY ST | | MILWAUKEE | WI | 53212 | 2006-06-03 | 184.80 |
| ERIK A PETERSEN | 14615 SE HEMMEN AVE | | CLACKAMAS | OR | 97015 | 2006-03-11 | 1,174.50 |
| ERIK A PETERSEN | 14615 SE HEMMEN AVE | | CLACKAMAS | OR | 97015 | 2006-03-11 | 15.75 |
| ERIK A PETERSEN | 14615 SE HEMMEN AVE | | CLACKAMAS | OR | 97015 | 2006-03-11 | 25.50 |
| ERIK A PETERSEN | 14615 SE HEMMEN AVE | | CLACKAMAS | OR | 97015 | 2006-03-11 | 40.50 |
| ERIK A PETERSEN | 14615 SE HEMMEN AVE | | CLACKAMAS | OR | 97015 | 2006-03-11 | 3.92 |
| ERIK A PETERSEN | 14615 SE HEMMEN AVE | | CLACKAMAS | OR | 97015 | 2006-03-11 | 2.00 |
| ERIK A PETERSEN | 14615 SE HEMMEN AVE | | CLACKAMAS | OR | 97015 | 2006-03-25 | 1,131.00 |
| ERIK A PETERSEN | 14615 SE HEMMEN AVE | | CLACKAMAS | OR | 97015 | 2006-03-25 | 25.00 |