| BACHRACH CLOTHING, INC. | | | | | | | |
| STATEMENT OF FINANCIAL AFFAIRS | | | | | | | |
| Item 3b. Payments to Creditors within 90 days (aggregate over $5,000) | | | | | | | |
| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| JASON L FRANKLIN | 139 LENEAKE ST | | TURTLE CREEK | PA | 15145 | 2006-06-03 | 56.70 |
| JEANNIE K JOHNSON | 509 PLAZA DR | | EVANSVILLE | IN | 47715 | 2006-03-11 | 1,782.49 |
| JEANNIE K JOHNSON | 509 PLAZA DR | | EVANSVILLE | IN | 47715 | 2006-03-11 | 2.00 |
| JEANNIE K JOHNSON | 509 PLAZA DR | | EVANSVILLE | IN | 47715 | 2006-03-25 | 1,782.49 |
| JEANNIE K JOHNSON | 509 PLAZA DR | | EVANSVILLE | IN | 47715 | 2006-04-08 | 891.24 |
| JEANNIE K JOHNSON | 509 PLAZA DR | | EVANSVILLE | IN | 47715 | 2006-04-08 | 891.25 |
| JEANNIE K JOHNSON | 509 PLAZA DR | | EVANSVILLE | IN | 47715 | 2006-04-22 | 1,782.49 |
| JEANNIE K JOHNSON | 509 PLAZA DR | | EVANSVILLE | IN | 47715 | 2006-05-06 | 1,782.49 |
| JEANNIE K JOHNSON | 509 PLAZA DR | | EVANSVILLE | IN | 47715 | 2006-05-20 | 1,782.49 |
| JEANNIE K JOHNSON | 509 PLAZA DR | | EVANSVILLE | IN | 47715 | 2006-06-03 | 1,782.49 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-03-11 | 1,343.20 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-03-11 | 480.78 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-03-20 | 500.00 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-03-25 | 1,363.20 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-03-25 | 805.65 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-04-08 | 1,363.20 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-04-08 | 514.01 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-04-22 | 1,363.20 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-04-22 | 291.38 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-05-06 | 1,363.20 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-05-06 | 90.99 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-05-20 | 1,363.20 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-05-20 | 255.86 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-06-03 | 1,363.20 |
| JEFFREY L MEIXNER | 51 GREENRIDGE DR | | DECATUR | IL | 62526 | 2006-06-03 | 77.70 |
| JEFFREY W SENN | 1221 S BROWN | | JACKSON | MI | 49203 | 2006-03-11 | 3,076.93 |
| JEFFREY W SENN | 1221 S BROWN | | JACKSON | MI | 49203 | 2006-03-25 | 3,076.93 |
| JEFFREY W SENN | 1221 S BROWN | | JACKSON | MI | 49203 | 2006-04-08 | 2,769.24 |
| JEFFREY W SENN | 1221 S BROWN | | JACKSON | MI | 49203 | 2006-04-08 | 307.69 |
| JEFFREY W SENN | 1221 S BROWN | | JACKSON | MI | 49203 | 2006-04-22 | 3,076.93 |
| JEFFREY W SENN | 1221 S BROWN | | JACKSON | MI | 49203 | 2006-05-06 | 3,076.93 |
| JEFFREY W SENN | 1221 S BROWN | | JACKSON | MI | 49203 | 2006-05-20 | 3,076.93 |
| JEFFREY W SENN | 1221 S BROWN | | JACKSON | MI | 49203 | 2006-06-03 | 3,076.93 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-03-11 | 1,040.00 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-03-11 | 1.56 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-03-11 | 104.00 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-03-25 | 1,001.62 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-03-25 | 105.60 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-04-08 | 1,052.30 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-04-08 | 66.92 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-04-08 | 105.60 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-04-22 | 1,056.00 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-04-22 | 129.10 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-05-06 | 1,056.00 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-05-06 | 70.09 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-05-06 | 211.20 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-05-20 | 1,009.27 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-05-20 | 105.60 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-05-20 | 105.60 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-06-03 | 324.06 |
| JENNIFER D WEBB | 1557 DOGWOOD CT | | MT ZION | IL | 62549 | 2006-06-03 | 950.40 |

41

| BACHRACH CLOTHING, INC. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STATEMENT OF FINANCIAL AFFAIRS | | | | | | | | |
| Item 3b. Payments to Creditors within 90 days (aggregate over $5,000) | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | Amount |
| Name | Address1 | Address2 | City | State | Zip | Date | | Paid |
| JENNIFER L TOWNSEND | 6644 S STEWART AVE | | CHICAGO | IL | 60621 | 2006-03-11 | | 2,076.93 |
| JENNIFER L TOWNSEND | 6644 S STEWART AVE | | CHICAGO | IL | 60621 | 2006-03-11 | | 2.00 |
| JENNIFER L TOWNSEND | 6644 S STEWART AVE | | CHICAGO | IL | 60621 | 2006-03-25 | | 2,108.09 |
| JENNIFER L TOWNSEND | 6644 S STEWART AVE | | CHICAGO | IL | 60621 | 2006-04-08 | | 2,108.09 |
| JENNIFER L TOWNSEND | 6644 S STEWART AVE | | CHICAGO | IL | 60621 | 2006-04-08 | | 50.00 |
| JENNIFER L TOWNSEND | 6644 S STEWART AVE | | CHICAGO | IL | 60621 | 2006-04-22 | | 2,108.09 |
| JENNIFER L TOWNSEND | 6644 S STEWART AVE | | CHICAGO | IL | 60621 | 2006-05-06 | | 2,108.09 |
| JENNIFER L TOWNSEND | 6644 S STEWART AVE | | CHICAGO | IL | 60621 | 2006-05-20 | | 2,108.09 |
| JENNIFER L TOWNSEND | 6644 S STEWART AVE | | CHICAGO | IL | 60621 | 2006-06-03 | | 2,108.09 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-03-11 | | 911.63 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-03-25 | | 22.33 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-03-25 | | 924.38 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-04-08 | | 22.33 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-04-08 | | 1,020.00 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-04-08 | | 296.44 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-04-08 | | 153.00 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-04-22 | | 510.00 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-04-22 | | 11.48 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-04-22 | | 442.43 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-04-22 | | 1.38 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-05-06 | | 510.00 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-05-06 | | 6.38 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-05-06 | | 510.00 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-05-06 | | 24.86 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-05-20 | | 204.00 |
| JENNIFER V GRAVISS | 159 S COLUMBUS AVE | | GLENDALE | CA | 91214 | 2006-05-20 | | 583.95 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-03-11 | | 444.50 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-03-11 | | 28.00 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-03-11 | | 16.09 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-03-11 | | 6.00 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-03-25 | | 194.88 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-03-25 | | 374.50 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-03-25 | | 97.50 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-04-08 | | 511.00 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-04-08 | | 393.24 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-04-08 | | 175.00 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-04-22 | | 518.00 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-04-22 | | 57.75 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-04-22 | | 880.72 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-04-22 | | 9.92 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-05-06 | | 118.00 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-05-06 | | 458.50 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-05-06 | | 534.74 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-05-06 | | 5.36 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-05-20 | | 474.60 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-05-20 | | 35.00 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-05-20 | | 482.92 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-06-03 | | 553.00 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-06-03 | | 5.25 |
| JEREMY A LUDWIG | 7311 ACORN DR | | NEWBURGH | IN | 47630 | 2006-06-03 | | 302.95 |
| JEREMY A MCCAMMACK | 3938 PARK LN | | DECATUR | IL | 62521 | 2006-03-11 | | 1,852.94 |

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| BACHRACH CLOTHING, INC. | | | | | | | |
| STATEMENT OF FINANCIAL AFFAIRS | | | | | | | |
| Item 3b. Payments to Creditors within 90 days (aggregate over $5,000) | | | | | | | |
| | | | | | | | |
| JEREMY A MCCAMMACK | 3938 PARK LN | | DECATUR | IL | 62521 | 2006-03-25 | 1,880.74 |
| JEREMY A MCCAMMACK | 3938 PARK LN | | DECATUR | IL | 62521 | 2006-04-08 | 1,880.74 |
| JEREMY A MCCAMMACK | 3938 PARK LN | | DECATUR | IL | 62521 | 2006-04-22 | 1,880.74 |
| JEREMY A MCCAMMACK | 3938 PARK LN | | DECATUR | IL | 62521 | 2006-05-06 | 1,880.74 |
| JEREMY A MCCAMMACK | 3938 PARK LN | | DECATUR | IL | 62521 | 2006-05-20 | 1,880.74 |
| JEREMY A MCCAMMACK | 3938 PARK LN | | DECATUR | IL | 62521 | 2006-06-03 | 1,504.59 |
| JEREMY A MCCAMMACK | 3938 PARK LN | | DECATUR | IL | 62521 | 2006-06-03 | 376.15 |
| JIMMY L ROY | 115 NOTTINGHAM CHASE | | NORMAL | IL | 61761 | 2006-03-11 | 979.20 |
| JIMMY L ROY | 115 NOTTINGHAM CHASE | | NORMAL | IL | 61761 | 2006-03-11 | 100.98 |
| JIMMY L ROY | 115 NOTTINGHAM CHASE | | NORMAL | IL | 61761 | 2006-03-11 | 123.93 |
| JIMMY L ROY | 115 NOTTINGHAM CHASE | | NORMAL | IL | 61761 | 2006-03-25 | 988.80 |
| JIMMY L ROY | 115 NOTTINGHAM CHASE | | NORMAL | IL | 61761 | 2006-03-25 | 519.12 |
| JIMMY L ROY | 115 NOTTINGHAM CHASE | | NORMAL | IL | 61761 | 2006-03-25 | 25.00 |
| JIMMY L ROY | 115 NOTTINGHAM CHASE | | NORMAL | IL | 61761 | 2006-04-08 | 988.80 |
| JIMMY L ROY | 115 NOTTINGHAM CHASE | | NORMAL | IL | 61761 | 2006-04-08 | 259.56 |
| JIMMY L ROY | 115 NOTTINGHAM CHASE | | NORMAL | IL | 61761 | 2006-04-08 | 407.88 |
| JIMMY L ROY | 115 NOTTINGHAM CHASE | | NORMAL | IL | 61761 | 2006-04-22 | 1,538.47 |
| JIMMY L ROY | 115 NOTTINGHAM CHASE | | NORMAL | IL | 61761 | 2006-04-24 | 250.00 |
| JIMMY L ROY | 115 NOTTINGHAM CHASE | | NORMAL | IL | 61761 | 2006-05-06 | 1,538.47 |
| JIMMY L ROY | 115 NOTTINGHAM CHASE | | NORMAL | IL | 61761 | 2006-05-20 | 1,538.47 |
| JIMMY L ROY | 115 NOTTINGHAM CHASE | | NORMAL | IL | 61761 | 2006-06-03 | 1,538.47 |
| JIMMY SALES INC. | | 253 44TH ST. | BROOKLYN | NY | 11232 | 2006-4-7 | 15,886.50 |
| JIMMY SALES INC. | | 253 44TH ST. | BROOKLYN | NY | 11232 | 2006-4-13 | 5,569.75 |
| JIMMY SALES INC. | | 253 44TH ST. | BROOKLYN | NY | 11232 | 2006-4-28 | 30,385.00 |
| JOAN A GALKA | 1047 N HILL | | DECATUR | IL | 62522 | 2006-03-11 | 1,008.45 |
| JOAN A GALKA | 1047 N HILL | | DECATUR | IL | 62522 | 2006-03-20 | 500.00 |
| JOAN A GALKA | 1047 N HILL | | DECATUR | IL | 62522 | 2006-03-25 | 923.15 |
| JOAN A GALKA | 1047 N HILL | | DECATUR | IL | 62522 | 2006-03-25 | 105.76 |
| JOAN A GALKA | 1047 N HILL | | DECATUR | IL | 62522 | 2006-04-08 | 1,044.78 |
| JOAN A GALKA | 1047 N HILL | | DECATUR | IL | 62522 | 2006-04-08 | 7.34 |
| JOAN A GALKA | 1047 N HILL | | DECATUR | IL | 62522 | 2006-04-22 | 1,049.40 |
| JOAN A GALKA | 1047 N HILL | | DECATUR | IL | 62522 | 2006-05-06 | 875.83 |
| JOAN A GALKA | 1047 N HILL | | DECATUR | IL | 62522 | 2006-05-06 | 211.52 |
| JOAN A GALKA | 1047 N HILL | | DECATUR | IL | 62522 | 2006-05-20 | 954.62 |
| JOAN A GALKA | 1047 N HILL | | DECATUR | IL | 62522 | 2006-05-20 | 105.76 |
| JOAN A GALKA | 1047 N HILL | | DECATUR | IL | 62522 | 2006-06-03 | 772.84 |
| JOAN A GALKA | 1047 N HILL | | DECATUR | IL | 62522 | 2006-06-03 | 211.52 |
| JOAN A GALKA | 1047 N HILL | | DECATUR | IL | 62522 | 2006-06-03 | 52.88 |
| JOEY H SMITH | 2901 S KING DR | APT 1118 | CHICAGO | IL | 60616 | 2006-03-11 | 2,153.85 |
| JOEY H SMITH | 2901 S KING DR | APT 1118 | CHICAGO | IL | 60616 | 2006-03-25 | 2,153.85 |
| JOEY H SMITH | 2901 S KING DR | APT 1118 | CHICAGO | IL | 60616 | 2006-04-08 | 2,153.85 |
| JOEY H SMITH | 2901 S KING DR | APT 1118 | CHICAGO | IL | 60616 | 2006-04-12 | 1,200.00 |
| JOEY H SMITH | 2901 S KING DR | APT 1118 | CHICAGO | IL | 60616 | 2006-04-22 | 2,153.85 |
| JOEY H SMITH | 2901 S KING DR | APT 1118 | CHICAGO | IL | 60616 | 2006-05-06 | 2,153.85 |
| JOEY H SMITH | 2901 S KING DR | APT 1118 | CHICAGO | IL | 60616 | 2006-05-20 | 2,153.85 |
| JOEY H SMITH | 2901 S KING DR | APT 1118 | CHICAGO | IL | 60616 | 2006-06-03 | 2,153.85 |
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-03-11 | 2,328.38 |
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-03-11 | 21.92 |
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-03-25 | 2,351.67 |
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-04-08 | 2,116.50 |
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-04-08 | 235.17 |

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
**Item 3b. Payments to Creditors within 90 days (aggregate over $5,000)**

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-04-08 | 6.30 |
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-04-22 | 2,116.50 |
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-04-22 | 235.17 |
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-04-22 | 1.66 |
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-04-22 | 25.00 |
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-05-06 | 2,351.67 |
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-05-20 | 2,351.67 |
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-05-20 | 11.92 |
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-06-03 | 2,351.67 |
| JOHN BREWER | 8011 KNICKERBOCKER PL | | DYER | IN | 46311 | 2006-06-03 | 3.12 |
| JOHN D WILKE | 4340 N CLARENDON | | CHICAGO | IL | 60613 | 2006-03-11 | 2,614.63 |
| JOHN D WILKE | 4340 N CLARENDON | | CHICAGO | IL | 60613 | 2006-03-25 | 2,614.63 |
| JOHN D WILKE | 4340 N CLARENDON | | CHICAGO | IL | 60613 | 2006-04-08 | 2,614.63 |
| JOHN D WILKE | 4340 N CLARENDON | | CHICAGO | IL | 60613 | 2006-04-22 | 1,830.24 |
| JOHN D WILKE | 4340 N CLARENDON | | CHICAGO | IL | 60613 | 2006-04-22 | 784.39 |
| JOHN D WILKE | 4340 N CLARENDON | | CHICAGO | IL | 60613 | 2006-05-06 | 2,614.63 |
| JOHN D WILKE | 4340 N CLARENDON | | CHICAGO | IL | 60613 | 2006-05-20 | 2,614.63 |
| JOHN D WILKE | 4340 N CLARENDON | | CHICAGO | IL | 60613 | 2006-06-03 | 2,091.70 |
| JOHN D WILKE | 4340 N CLARENDON | | CHICAGO | IL | 60613 | 2006-06-03 | 522.93 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-03-11 | 640.00 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-03-11 | 30.00 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-03-11 | 641.36 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-03-11 | 2.00 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-03-25 | 640.00 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-03-25 | 72.00 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-03-25 | 960.02 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-04-08 | 1,016.40 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-04-08 | 320.00 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-04-08 | 84.00 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-04-08 | 561.10 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-04-22 | 640.00 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-04-22 | 165.60 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-04-22 | 1,113.81 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-04-22 | 3.12 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-05-06 | 100.00 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-05-06 | 144.24 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-05-06 | 640.00 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-05-06 | 72.00 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-05-06 | 1,015.86 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-05-06 | 1.98 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-05-20 | 640.00 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-05-20 | 102.00 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-05-20 | 138.00 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-05-20 | 1,319.90 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-06-03 | 1,331.20 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-06-03 | 299.52 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-06-03 | 260.21 |
| JOHN H BAIGI | 3212 BONSAI DR | | PLANO | TX | 75093 | 2006-06-03 | 2.32 |
| JOHN KIMBLEY, JR | 2121 TEDDY ROOSEVELT DR | | MCKINNEY | TX | 75070 | 2006-03-11 | 1,938.46 |
| JOHN KIMBLEY, JR | 2121 TEDDY ROOSEVELT DR | | MCKINNEY | TX | 75070 | 2006-03-11 | 215.39 |
| JOHN KIMBLEY, JR | 2121 TEDDY ROOSEVELT DR | | MCKINNEY | TX | 75070 | 2006-03-25 | 1,076.92 |

44

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| JOHN KIMBLEY, JR | 2121 TEDDY ROOSEVELT DR | | MCKINNEY | TX | 75070 | 2006-03-25 | 1,076.93 |
| JOHN KIMBLEY, JR | 2121 TEDDY ROOSEVELT DR | | MCKINNEY | TX | 75070 | 2006-04-08 | 2,153.85 |
| JOHN KIMBLEY, JR | 2121 TEDDY ROOSEVELT DR | | MCKINNEY | TX | 75070 | 2006-04-22 | 2,153.85 |
| JOHN KIMBLEY, JR | 2121 TEDDY ROOSEVELT DR | | MCKINNEY | TX | 75070 | 2006-05-06 | 2,153.85 |
| JOHN KIMBLEY, JR | 2121 TEDDY ROOSEVELT DR | | MCKINNEY | TX | 75070 | 2006-05-20 | 2,153.85 |
| JOHN KIMBLEY, JR | 2121 TEDDY ROOSEVELT DR | | MCKINNEY | TX | 75070 | 2006-05-20 | 5.96 |
| JOHN KIMBLEY, JR | 2121 TEDDY ROOSEVELT DR | | MCKINNEY | TX | 75070 | 2006-06-03 | 2,153.85 |
| JOHN M YOUNG | 15595 ROSE DR | | SOUTH HOLLAND | IL | 60473 | 2006-03-11 | 61.52 |
| JOHN M YOUNG | 15595 ROSE DR | | SOUTH HOLLAND | IL | 60473 | 2006-03-11 | 448.70 |
| JOHN M YOUNG | 15595 ROSE DR | | SOUTH HOLLAND | IL | 60473 | 2006-03-25 | 280.00 |
| JOHN M YOUNG | 15595 ROSE DR | | SOUTH HOLLAND | IL | 60473 | 2006-03-25 | 211.54 |
| JOHN M YOUNG | 15595 ROSE DR | | SOUTH HOLLAND | IL | 60473 | 2006-03-25 | 221.20 |
| JOHN M YOUNG | 15595 ROSE DR | | SOUTH HOLLAND | IL | 60473 | 2006-04-08 | 1,057.70 |
| JOHN M YOUNG | 15595 ROSE DR | | SOUTH HOLLAND | IL | 60473 | 2006-04-22 | -105.77 |
| JOHN M YOUNG | 15595 ROSE DR | | SOUTH HOLLAND | IL | 60473 | 2006-04-22 | 1,057.70 |
| JOHN M YOUNG | 15595 ROSE DR | | SOUTH HOLLAND | IL | 60473 | 2006-04-22 | 105.77 |
| JOHN M YOUNG | 15595 ROSE DR | | SOUTH HOLLAND | IL | 60473 | 2006-05-06 | 1,057.70 |
| JOHN M YOUNG | 15595 ROSE DR | | SOUTH HOLLAND | IL | 60473 | 2006-05-20 | 1,057.70 |
| JOHNNIE C WILLIAMS | 7917 W MILL RD | | MILWAUKEE | WI | 53218 | 2006-06-03 | 1,615.39 |
| JOHNNIE C WILLIAMS | 7917 W MILL RD | | MILWAUKEE | WI | 53218 | 2006-03-11 | 1,615.39 |
| JOHNNIE C WILLIAMS | 7917 W MILL RD | | MILWAUKEE | WI | 53218 | 2006-03-25 | 7.96 |
| JOHNNIE C WILLIAMS | 7917 W MILL RD | | MILWAUKEE | WI | 53218 | 2006-04-08 | 1,615.39 |
| JOHNNIE C WILLIAMS | 7917 W MILL RD | | MILWAUKEE | WI | 53218 | 2006-04-22 | 1,615.39 |
| JOHNNIE C WILLIAMS | 7917 W MILL RD | | MILWAUKEE | WI | 53218 | 2006-04-22 | 2.77 |
| JOHNNIE C WILLIAMS | 7917 W MILL RD | | MILWAUKEE | WI | 53218 | 2006-04-22 | 50.00 |
| JOHNNIE C WILLIAMS | 7917 W MILL RD | | MILWAUKEE | WI | 53218 | 2006-05-06 | 1,615.39 |
| JOHNNIE C WILLIAMS | 7917 W MILL RD | | MILWAUKEE | WI | 53218 | 2006-05-20 | 1,615.39 |
| JOHNNIE C WILLIAMS | 7917 W MILL RD | | MILWAUKEE | WI | 53218 | 2006-06-03 | 1,615.39 |
| JOHNSON HOSIERY MILLS, INC. | P.O. BOX 1389 | | HICKORY | NC | 28603-1389 | 2006-3-10 | 8,323.70 |
| JOHNSON HOSIERY MILLS, INC. | P.O. BOX 1389 | | HICKORY | NC | 28603-1389 | 2006-3-17 | 9,160.90 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-03-11 | 880.00 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-03-11 | 165.00 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-03-11 | 82.50 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-03-25 | 880.00 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-03-25 | 231.00 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-04-08 | 880.00 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-04-08 | 219.45 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-04-08 | 26.40 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-04-12 | 375.00 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-04-22 | 880.00 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-04-22 | 285.45 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-05-06 | 880.00 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-05-06 | 171.60 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-05-20 | 880.00 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-05-20 | 165.00 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-06-03 | 880.00 |
| JONATHAN C BOELMAN | 2508A PRAIRIE GREEN DR | | URBANA | IL | 61802 | 2006-06-03 | 161.70 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-03-11 | 1,120.00 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-03-11 | 228.90 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-03-11 | 69.30 |

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
**Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)**

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-03-11 | 10.00 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-03-25 | 1,120.00 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-03-25 | 159.60 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-03-25 | 25.00 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-04-08 | 1,120.00 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-04-08 | 212.10 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-04-22 | 1,120.00 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-04-22 | 304.50 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-04-22 | 100.00 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-04-22 | 1,120.00 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-05-06 | 168.00 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-05-20 | 630.00 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-05-20 | 560.00 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-05-20 | 98.70 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-05-20 | 52.50 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-06-03 | 1,120.00 |
| JONATHAN D JONES | 848 BRANDON AVE | | PONTIAC | MI | 48340 | 2006-06-03 | 174.30 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-03-11 | 969.15 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-03-11 | 7.48 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-03-25 | 969.40 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-03-25 | 3.28 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-04-08 | 971.71 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-04-08 | 7.30 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-04-22 | 921.48 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-04-22 | 48.64 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-05-06 | 972.44 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-05-06 | 3.83 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-05-20 | 968.91 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-05-20 | 10.40 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-06-03 | 618.58 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-06-03 | 48.64 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-06-03 | 97.28 |
| JONELLE A LEWIS | 1145 W PACKARD | | DECATUR | IL | 62522 | 2006-06-03 | 194.56 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-03-11 | 252.24 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-03-11 | 511.73 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-03-11 | 153.52 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-03-11 | 16.00 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-03-25 | 704.00 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-03-25 | 225.63 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-04-08 | 715.84 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-04-08 | 204.22 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-04-22 | 85.68 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-04-22 | 703.02 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-04-22 | 55.01 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-05-06 | 85.52 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-05-06 | 611.32 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-05-20 | 128.59 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-05-20 | 717.81 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-05-20 | 125.20 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-05-20 | 1.58 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-06-03 | 79.12 |

BACHRACH CLOTHING, INC.
STATEMENT OF FINANCIAL AFFAIRS
Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-06-03 | 649.77 |
| JOSEPH C GOODSON | 14441 CENTER AVE | | HARVEY | IL | 60426 | 2006-06-03 | 258.21 |
| JOSEPH D PRICE | 1429 W VICTORIA ST #1 | | CHICAGO | IL | 60660 | 2006-03-11 | 2,307.70 |
| JOSEPH D PRICE | 1429 W VICTORIA ST #1 | | CHICAGO | IL | 60660 | 2006-03-25 | 2,342.32 |
| JOSEPH D PRICE | 1429 W VICTORIA ST #1 | | CHICAGO | IL | 60660 | 2006-04-08 | 2,322.24 |
| JOSEPH D PRICE | 1429 W VICTORIA ST #1 | | CHICAGO | IL | 60660 | 2006-04-22 | 2,322.24 |
| JOSEPH D PRICE | 1429 W VICTORIA ST #1 | | CHICAGO | IL | 60660 | 2006-05-06 | 2,322.24 |
| JOSEPH D PRICE | 1429 W VICTORIA ST #1 | | CHICAGO | IL | 60660 | 2006-05-20 | 2,322.24 |
| JOSEPH D PRICE | 1429 W VICTORIA ST #1 | | CHICAGO | IL | 60660 | 2006-06-03 | 2,322.24 |
| JOSEPH L BIVONA | 145 W RAYLOTS | | SPAUDLING | IL | 62561 | 2006-03-11 | 2,576.93 |
| JOSEPH L BIVONA | 145 W RAYLOTS | | SPAUDLING | IL | 62561 | 2006-03-25 | 2,576.93 |
| JOSEPH L BIVONA | 145 W RAYLOTS | | SPAUDLING | IL | 62561 | 2006-04-08 | 2,319.24 |
| JOSEPH L BIVONA | 145 W RAYLOTS | | SPAUDLING | IL | 62561 | 2006-04-08 | 257.69 |
| JOSEPH L BIVONA | 145 W RAYLOTS | | SPAUDLING | IL | 62561 | 2006-04-22 | 2,576.93 |
| JOSEPH L BIVONA | 145 W RAYLOTS | | SPAUDLING | IL | 62561 | 2006-05-06 | 2,576.93 |
| JOSEPH L BIVONA | 145 W RAYLOTS | | SPAUDLING | IL | 62561 | 2006-05-20 | 2,576.93 |
| JOSEPH L BIVONA | 145 W RAYLOTS | | SPAUDLING | IL | 62561 | 2006-06-03 | 2,576.93 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-03-11 | 173.92 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-03-11 | 540.00 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-03-11 | 32.42 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-03-25 | 560.00 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-03-25 | 202.72 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-04-08 | 745.00 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-04-08 | 296.48 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-04-22 | 84.56 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-04-22 | 630.00 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-04-22 | 87.52 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-04-22 | 1.98 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-05-06 | 84.24 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-05-06 | 550.00 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-05-20 | 705.00 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-05-20 | 121.36 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-05-20 | 15.80 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-06-03 | 166.40 |
| JOSHUA B STEELY | 1216 CHARLTON | | ANTIOCH | TN | 37013 | 2006-06-03 | 380.00 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-03-11 | 768.35 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-03-11 | 139.32 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-03-25 | 786.67 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-03-25 | 25.80 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-03-25 | 94.24 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-04-08 | 906.24 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-04-08 | 14.14 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-04-22 | 928.97 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-04-22 | 13.78 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-05-06 | 885.27 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-05-06 | 15.73 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-05-06 | 47.12 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-05-20 | 581.58 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-05-20 | 376.96 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-06-03 | 857.94 |
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-06-03 | 35.34 |

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| JOYCE E HADLEY | 459 S MAIN ST | | WARRENSBURG | IL | 62573 | 2006-06-03 | 94.24 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-03-11 | 1,200.00 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-03-11 | 264.00 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-03-11 | 128.00 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-03-20 | 500.00 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-03-25 | 1,164.41 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-03-25 | 13.89 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-03-25 | 129.92 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-04-08 | 1,289.13 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-04-08 | 16.81 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-04-22 | 1,299.20 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-04-22 | 52.86 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-05-06 | 1,270.62 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-05-06 | 8.77 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-05-06 | 64.96 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-05-20 | 1,086.94 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-05-20 | 27.28 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-05-20 | 64.96 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-05-20 | 194.88 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-06-03 | 1,114.06 |
| JUDITH A TURNBOW | 5125 FIREHOUSE RD | | DECATUR | IL | 62521 | 2006-06-03 | 259.84 |
| JUDY A SPRIGGS | 715 W BROMPTON | #67 | CHICAGO | IL | 60657 | 2006-03-10 | 10,539.87 |
| JUDY A SPRIGGS | 715 W BROMPTON | #67 | CHICAGO | IL | 60657 | 2006-03-11 | 2,636.16 |
| JUDY A SPRIGGS | 715 W BROMPTON | #67 | CHICAGO | IL | 60657 | 2006-03-25 | 2,662.53 |
| JUDY A SPRIGGS | 715 W BROMPTON | #67 | CHICAGO | IL | 60657 | 2006-04-08 | 2,662.53 |
| JUDY A SPRIGGS | 715 W BROMPTON | #67 | CHICAGO | IL | 60657 | 2006-04-22 | 2,662.53 |
| JUDY A SPRIGGS | 715 W BROMPTON | #67 | CHICAGO | IL | 60657 | 2006-05-06 | 2,662.53 |
| JUDY A SPRIGGS | 715 W BROMPTON | #67 | CHICAGO | IL | 60657 | 2006-05-06 | 1,000.00 |
| JUDY A SPRIGGS | 715 W BROMPTON | #67 | CHICAGO | IL | 60657 | 2006-05-20 | 2,662.53 |
| JUDY A SPRIGGS | 715 W BROMPTON | #67 | CHICAGO | IL | 60657 | 2006-06-03 | 2,662.53 |
| JUNIA YOUNG | 15850 LAKESIDE VILLAGE DR | APT 204 | CLINTON TWP | MI | 48038 | 2006-03-11 | 1,822.35 |
| JUNIA YOUNG | 15850 LAKESIDE VILLAGE DR | APT 204 | CLINTON TWP | MI | 48038 | 2006-03-11 | 2.00 |
| JUNIA YOUNG | 15850 LAKESIDE VILLAGE DR | APT 204 | CLINTON TWP | MI | 48038 | 2006-03-25 | 1,822.35 |
| JUNIA YOUNG | 15850 LAKESIDE VILLAGE DR | APT 204 | CLINTON TWP | MI | 48038 | 2006-04-08 | 1,822.35 |
| JUNIA YOUNG | 15850 LAKESIDE VILLAGE DR | APT 204 | CLINTON TWP | MI | 48038 | 2006-04-22 | 1,822.35 |
| JUNIA YOUNG | 15850 LAKESIDE VILLAGE DR | APT 204 | CLINTON TWP | MI | 48038 | 2006-04-22 | 2.96 |
| JUNIA YOUNG | 15850 LAKESIDE VILLAGE DR | APT 204 | CLINTON TWP | MI | 48038 | 2006-05-06 | 1,822.35 |
| JUNIA YOUNG | 15850 LAKESIDE VILLAGE DR | APT 204 | CLINTON TWP | MI | 48038 | 2006-05-20 | 1,822.35 |
| JUNIA YOUNG | 15850 LAKESIDE VILLAGE DR | APT 204 | CLINTON TWP | MI | 48038 | 2006-06-03 | 911.17 |
| JUNIA YOUNG | 15850 LAKESIDE VILLAGE DR | APT 204 | CLINTON TWP | MI | 48038 | 2006-06-03 | 911.18 |
| KACHINA K GORDAN | 826 W HAZEL AVE | | DECATUR | IL | 62526 | 2006-03-11 | 1,194.00 |
| KACHINA K GORDAN | 826 W HAZEL AVE | | DECATUR | IL | 62526 | 2006-03-11 | 2.70 |
| KACHINA K GORDAN | 826 W HAZEL AVE | | DECATUR | IL | 62526 | 2006-03-25 | 1,097.87 |
| KACHINA K GORDAN | 826 W HAZEL AVE | | DECATUR | IL | 62526 | 2006-04-08 | 1,193.81 |
| KACHINA K GORDAN | 826 W HAZEL AVE | | DECATUR | IL | 62526 | 2006-04-22 | 1,077.84 |
| KACHINA K GORDAN | 826 W HAZEL AVE | | DECATUR | IL | 62526 | 2006-04-22 | 5.20 |
| KACHINA K GORDAN | 826 W HAZEL AVE | | DECATUR | IL | 62526 | 2006-04-22 | 120.48 |
| KACHINA K GORDAN | 826 W HAZEL AVE | | DECATUR | IL | 62526 | 2006-05-06 | 1,132.51 |
| KACHINA K GORDAN | 826 W HAZEL AVE | | DECATUR | IL | 62526 | 2006-05-20 | 895.17 |
| KACHINA K GORDAN | 826 W HAZEL AVE | | DECATUR | IL | 62526 | 2006-05-20 | 112.72 |
| KACHINA K GORDAN | 826 W HAZEL AVE | | DECATUR | IL | 62526 | 2006-05-20 | 240.96 |

48

| BACHRACH CLOTHING, INC. | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| STATEMENT OF FINANCIAL AFFAIRS | | | | | | | |
| Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000) | | | | | | | |
| | | | | | | | |
| | | | | | | | Amount |
| Name | Address1 | Address2 | City | State | Zip | Date | Paid |
| KACHINA K GORDAN | 826 W HAZEL AVE | | DECATUR | IL | 62526 | 2006-06-03 | 1,056.46 |
| KACHINA K GORDAN | 826 W HAZEL AVE | | DECATUR | IL | 62526 | 2006-06-03 | 120.48 |
| KANSAS RETAILER'S SALES TAX | KS. DEPT. OF REVENUE | BOX 12001 | TOPEKA | KS | 66625 | 2006-3-23 | 6,354.70 |
| KANSAS RETAILER'S SALES TAX | KS. DEPT. OF REVENUE | BOX 12001 | TOPEKA | KS | 66625 | 2006-4-25 | 5,846.70 |
| KANSAS RETAILER'S SALES TAX | KS. DEPT. OF REVENUE | BOX 12001 | TOPEKA | KS | 66625 | 2006-5-23 | 6,133.97 |
| KAREN E SIMPKINS | P O BOX 652 | | WARRENSBURG | IL | 62573 | 2006-03-11 | 1,213.52 |
| KAREN E SIMPKINS | P O BOX 652 | | WARRENSBURG | IL | 62573 | 2006-03-25 | 1,231.73 |
| KAREN E SIMPKINS | P O BOX 652 | | WARRENSBURG | IL | 62573 | 2006-04-08 | 739.04 |
| KAREN E SIMPKINS | P O BOX 652 | | WARRENSBURG | IL | 62573 | 2006-04-08 | 492.69 |
| KAREN E SIMPKINS | P O BOX 652 | | WARRENSBURG | IL | 62573 | 2006-04-22 | 1,231.73 |
| KAREN E SIMPKINS | P O BOX 652 | | WARRENSBURG | IL | 62573 | 2006-05-06 | 1,231.73 |
| KAREN E SIMPKINS | P O BOX 652 | | WARRENSBURG | IL | 62573 | 2006-05-06 | 599.70 |
| KAREN E SIMPKINS | P O BOX 652 | | WARRENSBURG | IL | 62573 | 2006-05-20 | 1,231.73 |
| KAREN E SIMPKINS | P O BOX 652 | | WARRENSBURG | IL | 62573 | 2006-06-03 | 1,231.73 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-03-11 | 3,525.03 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-03-25 | 3,525.03 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-04-08 | 1,762.51 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-04-08 | 1,762.52 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-04-19 | 14,012.50 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-04-19 | 14,012.50 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-04-19 | 14,012.50 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-04-19 | 3,525.03 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-04-19 | 3,525.03 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-04-19 | 1,762.52 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-04-22 | 3,525.03 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-05-06 | 3,172.53 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-05-06 | 352.50 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-05-20 | 3,525.03 |
| KAREN L FLOYD | 927 JACOBS WAY | | FORSYTH | IL | 62535 | 2006-06-03 | 3,525.03 |
| KATHRYN J HUTT | 510 W GRANT PL | APT #401 | CHICAGO | IL | 60614 | 2006-03-11 | 2,388.47 |
| KATHRYN J HUTT | 510 W GRANT PL | APT #401 | CHICAGO | IL | 60614 | 2006-03-25 | 2,388.47 |
| KATHRYN J HUTT | 510 W GRANT PL | APT #401 | CHICAGO | IL | 60614 | 2006-04-08 | 2,388.47 |
| KATHRYN J HUTT | 510 W GRANT PL | APT #401 | CHICAGO | IL | 60614 | 2006-04-22 | 2,388.47 |
| KATHRYN J HUTT | 510 W GRANT PL | APT #401 | CHICAGO | IL | 60614 | 2006-05-06 | 2,388.47 |
| KATHRYN J HUTT | 510 W GRANT PL | APT #401 | CHICAGO | IL | 60614 | 2006-05-20 | 2,388.47 |
| KATHRYN J HUTT | 510 W GRANT PL | APT #401 | CHICAGO | IL | 60614 | 2006-06-03 | 2,388.47 |
| KATHY J SHAW-VAUGHAN | 740 SUSSEX DR | | SCHERERVILLE | IN | 46375 | 2006-03-11 | 2,616.67 |
| KATHY J SHAW-VAUGHAN | 740 SUSSEX DR | | SCHERERVILLE | IN | 46375 | 2006-03-25 | 2,655.92 |
| KATHY J SHAW-VAUGHAN | 740 SUSSEX DR | | SCHERERVILLE | IN | 46375 | 2006-04-08 | 2,655.92 |
| KATHY J SHAW-VAUGHAN | 740 SUSSEX DR | | SCHERERVILLE | IN | 46375 | 2006-04-22 | 2,655.92 |
| KATHY J SHAW-VAUGHAN | 740 SUSSEX DR | | SCHERERVILLE | IN | 46375 | 2006-05-06 | 2,124.74 |
| KATHY J SHAW-VAUGHAN | 740 SUSSEX DR | | SCHERERVILLE | IN | 46375 | 2006-05-06 | 531.18 |
| KATHY J SHAW-VAUGHAN | 740 SUSSEX DR | | SCHERERVILLE | IN | 46375 | 2006-05-20 | 2,655.92 |
| KATHY J SHAW-VAUGHAN | 740 SUSSEX DR | | SCHERERVILLE | IN | 46375 | 2006-06-03 | 2,655.92 |
| KBL GROUP INTL./ ALEX STEVENS | 1410 BROADWAY, STE.# 602 | | NEW YORK | NY | 10018 | 2006-3-31 | 20,444.43 |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-03-11 | 1,886.11 |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-03-11 | 33.76 |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-03-25 | 1,886.11 |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-03-25 | 5.92 |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-03-25 | 25.00 |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-04-08 | 754.44 |

| BACHRACH CLOTHING, INC. | | | | | | | |
|---|---|---|---|---|---|---|---|
| STATEMENT OF FINANCIAL AFFAIRS | | | | | | | |
| Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000) | | | | | | | |
| | | | | | | | Amount |
| Name | Address1 | Address2 | City | State | Zip | Date | Paid |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-04-08 | 943.06 |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-04-08 | 188.61 |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-04-22 | 1,886.11 |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-04-22 | 9.01 |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-05-06 | 1,886.11 |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-05-06 | 1.71 |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-05-20 | 1,886.11 |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-05-20 | 3.75 |
| KEITH W LANG | 10401 N POND LN | | TWINSBURG | OH | 44087 | 2006-06-03 | 1,886.11 |
| KELLWOOD DISTRIBUTION DIV. | P.O. BOX 73679 | | CHICAGO | IL | 60673-7679 | 2006-3-10 | 29,590.38 |
| KELLWOOD DISTRIBUTION DIV. | P.O. BOX 73679 | | CHICAGO | IL | 60673-7679 | 2006-3-17 | 5,160.00 |
| KELLWOOD DISTRIBUTION DIV. | P.O. BOX 73679 | | CHICAGO | IL | 60673-7679 | 2006-3-24 | 99,597.00 |
| KELLY BRADLEY | 827 TIMBERHILL | | CHATHAM | IL | 62629 | 2006-03-11 | 2,315.65 |
| KELLY BRADLEY | 827 TIMBERHILL | | CHATHAM | IL | 62629 | 2006-03-25 | 2,338.93 |
| KELLY BRADLEY | 827 TIMBERHILL | | CHATHAM | IL | 62629 | 2006-04-08 | 2,338.93 |
| KELLY BRADLEY | 827 TIMBERHILL | | CHATHAM | IL | 62629 | 2006-04-08 | 23.28 |
| KELLY BRADLEY | 827 TIMBERHILL | | CHATHAM | IL | 62629 | 2006-04-22 | 2,338.93 |
| KELLY BRADLEY | 827 TIMBERHILL | | CHATHAM | IL | 62629 | 2006-05-06 | 2,338.93 |
| KELLY BRADLEY | 827 TIMBERHILL | | CHATHAM | IL | 62629 | 2006-05-20 | 2,338.93 |
| KELLY BRADLEY | 827 TIMBERHILL | | CHATHAM | IL | 62629 | 2006-06-03 | 2,338.93 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-03-11 | 1,223.10 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-03-11 | 109.35 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-03-25 | 259.20 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-03-25 | 907.20 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-03-25 | 42.53 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-03-25 | 1.16 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-04-08 | 1,296.00 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-04-08 | 206.55 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-04-22 | 1,296.00 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-04-22 | 328.05 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-05-06 | 1,170.45 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-05-20 | 1,296.00 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-05-20 | 213.84 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-06-03 | 1,296.00 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-06-03 | 230.85 |
| KENNETH J MARTIN | 8353 FARLEY | | OVERLAND PARK | KS | 66212 | 2006-06-03 | 1,458.00 |
| KENNETH P WERBROUCK | 24517 HARMON | | ST CLAIR SHORES | MI | 48080 | 2006-03-11 | 1,951.93 |
| KENNETH P WERBROUCK | 24517 HARMON | | ST CLAIR SHORES | MI | 48080 | 2006-03-25 | 1,971.45 |
| KENNETH P WERBROUCK | 24517 HARMON | | ST CLAIR SHORES | MI | 48080 | 2006-04-08 | 1,971.45 |
| KENNETH P WERBROUCK | 24517 HARMON | | ST CLAIR SHORES | MI | 48080 | 2006-04-22 | 1,971.45 |
| KENNETH P WERBROUCK | 24517 HARMON | | ST CLAIR SHORES | MI | 48080 | 2006-04-24 | 200.00 |
| KENNETH P WERBROUCK | 24517 HARMON | | ST CLAIR SHORES | MI | 48080 | 2006-05-06 | 1,971.45 |
| KENNETH P WERBROUCK | 24517 HARMON | | ST CLAIR SHORES | MI | 48080 | 2006-05-20 | 1,971.45 |
| KENNETH P WERBROUCK | 24517 HARMON | | ST CLAIR SHORES | MI | 48080 | 2006-06-03 | 1,971.45 |
| KENNETH W COOK | 21385 SCARA PL | | ASHBURN | VA | 20148 | 2006-03-11 | 1,953.52 |
| KENNETH W COOK | 21385 SCARA PL | | ASHBURN | VA | 20148 | 2006-03-11 | 8.14 |
| KENNETH W COOK | 21385 SCARA PL | | ASHBURN | VA | 20148 | 2006-03-11 | 6.00 |
| KENNETH W COOK | 21385 SCARA PL | | ASHBURN | VA | 20148 | 2006-03-25 | 1,953.52 |
| KENNETH W COOK | 21385 SCARA PL | | ASHBURN | VA | 20148 | 2006-03-25 | 6.34 |
| KENNETH W COOK | 21385 SCARA PL | | ASHBURN | VA | 20148 | 2006-04-08 | 1,953.52 |
| KENNETH W COOK | 21385 SCARA PL | | ASHBURN | VA | 20148 | 2006-04-08 | 3.75 |

50