**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
**Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)**

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-03-11 | 697.50 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-03-11 | 27.00 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-03-11 | 40.50 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-03-11 | 618.78 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-03-11 | 8.00 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-03-25 | 693.00 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-03-25 | 13.50 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-03-25 | 357.92 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-03-25 | 7.36 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-03-25 | 25.00 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-04-08 | 715.50 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-04-08 | 13.50 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-04-08 | 479.36 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-04-08 | 3.51 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-04-08 | 50.00 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-04-22 | 720.00 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-04-22 | 229.50 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-04-22 | 770.92 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-04-22 | 7.82 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-04-22 | 100.00 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-05-06 | 720.00 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-05-06 | 411.75 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-05-06 | 590.39 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-05-06 | 8.80 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-05-20 | 720.00 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-05-20 | 297.00 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-05-20 | 995.39 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-05-20 | 17.89 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-06-03 | 720.00 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-06-03 | 560.25 |
| TIMOTHY J BOELMAN | 610 GRAND AVE | P O BOX 2321 | GRAND RAPIDS | MI | 49503 | 2006-06-03 | 381.54 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-03-11 | 994.04 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-03-11 | 5.00 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-03-11 | 121.04 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-03-25 | 979.51 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-03-25 | 122.88 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-04-08 | 1,030.96 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-04-08 | 3.23 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-04-08 | 122.88 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-04-08 | 15.00 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-04-08 | 122.88 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-04-22 | 1,038.64 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-05-06 | 1,165.82 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-05-06 | 33.00 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-05-20 | 1,183.49 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-05-20 | 34.10 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-05-20 | 3.00 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-06-03 | 1,044.17 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-06-03 | 2.00 |
| TINA G NIXON | 535 MINTLER DR | | MT ZION | IL | 62549 | 2006-06-03 | 122.88 |
| TKO-EVOLUTION APPAREL,INC | 88212 EXPEDITE WAY | | CHICAGO | IL | 60695 | 2006-4-13 | 18,307.50 |

BACHRACH CLOTHING, INC.
STATEMENT OF FINANCIAL AFFAIRS
Item 3b. Payments to Creditors within 90 days (aggregate over $5,000)

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| TODD A HOLLOWAY | 7365 HOWARD LN | APT 125 | EDEN PRAIRIE | MN | 55316 | 2006-03-10 | 1,371.46 |
| TODD A HOLLOWAY | 7365 HOWARD LN | APT 125 | EDEN PRAIRIE | MN | 55316 | 2006-03-11 | 1,713.47 |
| TODD A HOLLOWAY | 7365 HOWARD LN | APT 125 | EDEN PRAIRIE | MN | 55316 | 2006-03-25 | 1,730.61 |
| TODD A HOLLOWAY | 7365 HOWARD LN | APT 125 | EDEN PRAIRIE | MN | 55316 | 2006-03-25 | 11.90 |
| TODD A HOLLOWAY | 7365 HOWARD LN | APT 125 | EDEN PRAIRIE | MN | 55316 | 2006-04-08 | 1,730.61 |
| TODD A HOLLOWAY | 7365 HOWARD LN | APT 125 | EDEN PRAIRIE | MN | 55316 | 2006-04-08 | 2.38 |
| TODD A HOLLOWAY | 7365 HOWARD LN | APT 125 | EDEN PRAIRIE | MN | 55316 | 2006-04-12 | 800.00 |
| TODD A HOLLOWAY | 7365 HOWARD LN | APT 125 | EDEN PRAIRIE | MN | 55316 | 2006-04-22 | 1,730.61 |
| TODD A HOLLOWAY | 7365 HOWARD LN | APT 125 | EDEN PRAIRIE | MN | 55316 | 2006-05-06 | 1,730.61 |
| TODD A HOLLOWAY | 7365 HOWARD LN | APT 125 | EDEN PRAIRIE | MN | 55316 | 2006-05-20 | 1,730.61 |
| TODD A HOLLOWAY | 7365 HOWARD LN | APT 125 | EDEN PRAIRIE | MN | 55316 | 2006-06-03 | 1,730.61 |
| TODD A HOLLOWAY | 7365 HOWARD LN | APT 125 | EDEN PRAIRIE | MN | 55316 | 2006-06-03 | 20.28 |
| TONY R PRESSLEY | 37 SKYVIEW PL SUITE #1 | | ASHVILLE | NC | 28804 | 2006-03-21 | 6,162.64 |
| TOSCANO INC. | 101 WEST 55TH ST., STE.# 8J | | NEW YORK | NY | 10019 | 2006-3-24 | 84,389.69 |
| TOSCANO INC. | 101 WEST 55TH ST., STE.# 8J | | NEW YORK | NY | 10019 | 2006-4-28 | 6,903.00 |
| TRACY L BALLINGER | 2129 JENNIFER ST | | AKRON | OH | 44313 | 2006-03-10 | 20,911.82 |
| TREVOR M BAPTISTE | 11542 GENEVA RD | | CINCINNATI | OH | 45240 | 2006-03-11 | 534.80 |
| TREVOR M BAPTISTE | 11542 GENEVA RD | | CINCINNATI | OH | 45240 | 2006-03-11 | 60.17 |
| TREVOR M BAPTISTE | 11542 GENEVA RD | | CINCINNATI | OH | 45240 | 2006-03-25 | 811.49 |
| TREVOR M BAPTISTE | 11542 GENEVA RD | | CINCINNATI | OH | 45240 | 2006-04-08 | 884.76 |
| TREVOR M BAPTISTE | 11542 GENEVA RD | | CINCINNATI | OH | 45240 | 2006-04-22 | 692.07 |
| TREVOR M BAPTISTE | 11542 GENEVA RD | | CINCINNATI | OH | 45240 | 2006-05-06 | 601.15 |
| TREVOR M BAPTISTE | 11542 GENEVA RD | | CINCINNATI | OH | 45240 | 2006-05-20 | 739.57 |
| TREVOR M BAPTISTE | 11542 GENEVA RD | | CINCINNATI | OH | 45240 | 2006-06-03 | 746.35 |
| TUTTLE CROSSING ASSOCIATES LLC | DBA THE MALL @TUTTLE CROSSING | PO BOX 404561 /AC 375-6553348 | ATLANTA | GA | 30384-4561 | 2006-3-31 | 23,777.60 |
| TUTTLE CROSSING ASSOCIATES LLC | DBA THE MALL @TUTTLE CROSSING | PO BOX 404561 /AC 375-6553348 | ATLANTA | GA | 30384-4561 | 2006-4-28 | 23,690.54 |
| TWELVE OAKS MALL L.P. | DEPARTMENT 52701 | P.O. BOX 67000 | DETRIOT | MI | 48267-0523 | 2006-3-31 | 28,894.29 |
| TWELVE OAKS MALL L.P. | DEPARTMENT 52701 | P.O. BOX 67000 | DETRIOT | MI | 48267-0523 | 2006-4-28 | 28,894.29 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-03-11 | 112.08 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-03-11 | 1,075.97 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-03-11 | 54.64 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-03-11 | 3.16 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-03-25 | 336.24 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-03-25 | 805.58 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-03-25 | 77.76 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-04-08 | 1,120.80 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-04-08 | 233.27 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-04-22 | 336.24 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-04-22 | 820.99 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-04-22 | 75.00 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-05-06 | 1,119.40 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-05-06 | 92.47 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-05-20 | 1,120.80 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-05-20 | 46.23 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-06-03 | 2.72 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-06-03 | 1,120.80 |
| TYRA A BANKS | 1715 N MANGO | | CHICAGO | IL | 60639 | 2006-06-03 | 90.36 |
| TYSONS CORNER HOLDINGS LLC | DBA: TYSONS CORNER CENTER | DEPT 2596-5330 | LOS ANGELES | CA | 90084-2596 | 2006-3-31 | 31,504.21 |
| TYSONS CORNER HOLDINGS LLC | DBA: TYSONS CORNER CENTER | DEPT 2596-5330 | LOS ANGELES | CA | 90084-2596 | 2006-4-28 | 31,504.21 |
| U.S. POSTAL SERVICE | 17345 CIVIC DR | | BROOKFIELD | WI | 53045 | 2006-3-8 | 41,911.00 |
| U.S. POSTAL SERVICE | 17345 CIVIC DR | | BROOKFIELD | WI | 53045 | 2006-3-21 | 72,989.00 |

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
**Item 3b. Payments to Creditors within 90 days (aggregate over $5,000)**

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| U.S. POSTAL SERVICE | | 17345 CIVIC DR | BROOKFIELD | WI | 53045 | 2006-4-18 | 129,848.10 |
| U.S. POSTAL SERVICE | | 17345 CIVIC DR | BROOKFIELD | WI | 53045 | 2006-5-9 | 28,799.00 |
| UGO | Via L. Leoni, 6 | | Como | | | 2006-4-26 | 6,530.80 |
| UK.LASALLE INC-CUMBERLAND MALL | SDS-12-1662 | PO BOX 86 | MINNEAPOLIS | MN | 55486-1662 | 2006-3-31 | 16,376.51 |
| UK.LASALLE INC-CUMBERLAND MALL | SDS-12-1662 | PO BOX 86 | MINNEAPOLIS | MN | 55486-1662 | 2006-4-28 | 16,376.51 |
| UNIVERSAL LIGHTING SOLUTIONS | ULS INC | 918 N HAVENHURST DR STE 207 | LOS ANGELES | CA | 90046 | 2006-4-28 | 6,600.00 |
| UNIVERSAL LIGHTING SOLUTIONS | ULS INC | 918 N HAVENHURST DR STE 107 | WEST HOLLYWOOD | CA | 90046 | 2006-5-9 | 6,600.00 |
| UPS | Lockbox 577 | | Carol Stream | IL | 60132 | 2006-3-10 | 298.81 |
| UPS | Lockbox 577 | | Carol Stream | IL | 60132 | 2006-3-17 | 447.57 |
| UPS | Lockbox 577 | | Carol Stream | IL | 60132 | 2006-3-24 | 237.82 |
| UPS | Lockbox 577 | | Carol Stream | IL | 60132 | 2006-3-31 | 482.11 |
| UPS | Lockbox 577 | | Carol Stream | IL | 60132 | 2006-4-7 | 485.15 |
| UPS | Lockbox 577 | | Carol Stream | IL | 60132 | 2006-4-14 | 505.81 |
| UPS | Lockbox 577 | | Carol Stream | IL | 60132 | 2006-4-21 | 585.20 |
| UPS | Lockbox 577 | | Carol Stream | IL | 60132 | 2006-4-28 | 516.19 |
| UPS | Lockbox 577 | | Carol Stream | IL | 60132 | 2006-5-5 | 634.44 |
| UPS | Lockbox 577 | | Carol Stream | IL | 60132 | 2006-5-12 | 763.20 |
| UPS | Lockbox 577 | | Carol Stream | IL | 60132 | 2006-5-19 | 414.04 |
| UPS | Lockbox 577 | | Carol Stream | IL | 60132 | 2006-6-2 | 393.86 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-8 | 137.77 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-9 | 115.01 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-10 | 71.45 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-13 | 146.24 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-14 | 415.59 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-15 | 186.71 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-16 | 161.76 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-17 | 123.56 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-20 | 147.86 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-21 | 386.86 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-23 | 231.03 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-24 | 178.39 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-27 | 82.79 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-28 | 419.38 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-29 | 208.31 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-30 | 144.56 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-3-31 | 88.15 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-3 | 110.99 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-4 | 183.48 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-4 | 459.51 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-5 | 319.42 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-7 | 865.65 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-7 | 149.86 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-10 | 157.58 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-11 | 352.54 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-12 | 208.98 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-13 | 218.88 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-14 | 125.61 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-18 | 488.40 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-19 | 371.90 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-20 | 120.53 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-21 | 232.50 |

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
**Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)**

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-24 | 149.56 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-25 | 338.13 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-26 | 396.15 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-27 | 131.32 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-4-28 | 133.24 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-1 | 117.75 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-2 | 402.78 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-3 | 292.42 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-4 | 127.94 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-5 | 95.77 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-8 | 146.75 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-9 | 2,423.87 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-10 | 1,052.69 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-11 | 660.80 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-12 | 509.25 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-15 | 960.44 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-16 | 1,310.66 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-17 | 907.62 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-18 | 666.14 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-19 | 679.64 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-22 | 1,184.58 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-23 | 1,572.79 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-24 | 929.04 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-25 | 1,005.35 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-26 | 604.40 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-30 | 407.41 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-5-31 | 615.17 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-6-1 | 1,874.76 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-6-2 | 1,192.78 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-6-5 | 657.45 |
| US POST OFFICE | 1601 E. Mound Road | | Decatur | IL | 62526 | 2006-6-6 | 2,015.53 |
| USA 800, INC. | 9808 EAST 66TH TERRACE | | KANSAS CITY | MO | 64133 | 2006-5-26 | 5,569.71 |
| VA DEPT OF TAX | Dept of Taxation Customer Service | PO Box 1115 | Richmond | VA | 23218 | 2006-4-18 | 9,385.67 |
| VA DEPT OF TAX | Dept of Taxation Customer Service | PO Box 1115 | Richmond | VA | 23218 | 2006-5-18 | 8,549.48 |
| VA DEPT TAXATION | Dept of Taxation Customer Service | PO Box 1115 | Richmond | VA | 23218 | 2006-3-17 | 8,589.09 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-03-11 | 618.34 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-03-11 | 38.04 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-03-11 | 114.12 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-03-25 | 659.82 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-03-25 | 7.64 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-03-25 | 115.32 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-04-08 | 630.70 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-04-08 | 153.76 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-04-22 | 593.71 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-04-22 | 153.76 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-04-22 | 38.44 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-05-06 | 619.36 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-05-06 | 10.67 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-05-06 | 153.76 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-05-20 | 628.69 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-05-20 | 76.88 |

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
**Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)**

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-05-20 | 76.88 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-06-03 | 463.49 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-06-03 | 1.73 |
| VELMA G LAMBERT | 165 N WARREN | | ARGENTA | IL | 62501 | 2006-06-06 | 7,688.00 |
| VERDE | 7/F., Fortune Industrial Bldg | 35 Tai Yip Street | Kwun Tong | Kowloon | | 2006-4-17 | 208,672.39 |
| VERDE | 7/F., Fortune Industrial Bldg | 35 Tai Yip Street | Kwun Tong | Kowloon | | 2006-4-26 | 29,970.77 |
| VERITAS PRECIOUS METAL DESIGN | PRESTON COURT FARM LOWER RD. | BOOKHAM  LEATHERHEAD | SURREY  KT23  4EF | 00 | 00000-0000 | 2006-3-24 | 19,121.67 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-03-11 | 635.45 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-03-11 | 76.56 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-03-11 | 38.28 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-03-25 | 698.44 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-03-25 | 12.23 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-03-25 | 38.84 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-04-08 | 709.41 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-04-08 | 77.68 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-04-22 | 759.52 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-04-22 | 26.95 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-05-06 | 776.80 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-05-06 | 56.80 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-05-20 | 776.80 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-05-20 | 49.23 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-06-03 | 708.54 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-06-03 | 6.12 |
| VICTORIA L TROSPER | 605 S 17TH ST | | DECATUR | IL | 62521 | 2006-06-03 | 38.84 |
| VINCENT SERPICO | 1408 CANYON CT | | BOLINGBROOK | IL | 60490 | 2006-03-11 | 2,000.00 |
| VINCENT SERPICO | 1408 CANYON CT | | BOLINGBROOK | IL | 60490 | 2006-03-25 | 2,020.00 |
| VINCENT SERPICO | 1408 CANYON CT | | BOLINGBROOK | IL | 60490 | 2006-04-08 | 2,020.00 |
| VINCENT SERPICO | 1408 CANYON CT | | BOLINGBROOK | IL | 60490 | 2006-04-12 | 700.00 |
| VINCENT SERPICO | 1408 CANYON CT | | BOLINGBROOK | IL | 60490 | 2006-04-22 | 2,020.00 |
| VINCENT SERPICO | 1408 CANYON CT | | BOLINGBROOK | IL | 60490 | 2006-05-06 | 2,020.00 |
| VINCENT SERPICO | 1408 CANYON CT | | BOLINGBROOK | IL | 60490 | 2006-05-20 | 2,020.00 |
| VINCENT SERPICO | 1408 CANYON CT | | BOLINGBROOK | IL | 60490 | 2006-05-24 | 0.00 |
| VINCENT SERPICO | 1408 CANYON CT | | BOLINGBROOK | IL | 60490 | 2006-06-03 | 2,020.00 |
| VINCENT SERPICO | 1408 CANYON CT | | BOLINGBROOK | IL | 60490 | 2006-06-03 | 700.00 |
| VIVA TIME CORP. | 140 58TH ST. 7TH FL. | | BROOKLYN | NY | 11220 | 2006-4-28 | 7,473.80 |
| W.RAY SCOTT | 5105 RUNNYMEDE DR | | HOLT | MI | 48842 | 2006-03-11 | 1,861.95 |
| W.RAY SCOTT | 5105 RUNNYMEDE DR | | HOLT | MI | 48842 | 2006-03-25 | 1,861.95 |
| W.RAY SCOTT | 5105 RUNNYMEDE DR | | HOLT | MI | 48842 | 2006-04-08 | 1,861.95 |
| W.RAY SCOTT | 5105 RUNNYMEDE DR | | HOLT | MI | 48842 | 2006-04-08 | 9.92 |
| W.RAY SCOTT | 5105 RUNNYMEDE DR | | HOLT | MI | 48842 | 2006-04-08 | 50.00 |
| W.RAY SCOTT | 5105 RUNNYMEDE DR | | HOLT | MI | 48842 | 2006-04-22 | 1,861.95 |
| W.RAY SCOTT | 5105 RUNNYMEDE DR | | HOLT | MI | 48842 | 2006-04-22 | 9.92 |
| W.RAY SCOTT | 5105 RUNNYMEDE DR | | HOLT | MI | 48842 | 2006-05-06 | 1,861.95 |
| W.RAY SCOTT | 5105 RUNNYMEDE DR | | HOLT | MI | 48842 | 2006-05-20 | 930.97 |
| W.RAY SCOTT | 5105 RUNNYMEDE DR | | HOLT | MI | 48842 | 2006-06-03 | 930.98 |
| W.RAY SCOTT | 5105 RUNNYMEDE DR | | HOLT | MI | 48842 | 2006-06-03 | 1,861.95 |
| WARICK R RICHARDSON | 9555 GLENHILL DR | | SUPERIOR TWP | MI | 48198 | 2006-03-11 | 2,307.70 |
| WARICK R RICHARDSON | 9555 GLENHILL DR | | SUPERIOR TWP | MI | 48198 | 2006-03-25 | 2,461.54 |
| WARICK R RICHARDSON | 9555 GLENHILL DR | | SUPERIOR TWP | MI | 48198 | 2006-04-08 | 2,461.54 |
| WARICK R RICHARDSON | 9555 GLENHILL DR | | SUPERIOR TWP | MI | 48198 | 2006-04-08 | 153.84 |
| WARICK R RICHARDSON | 9555 GLENHILL DR | | SUPERIOR TWP | MI | 48198 | 2006-04-22 | 2,461.54 |

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
**Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)**

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| WARICK R RICHARDSON | 9555 GLENHILL DR | | SUPERIOR TWP | MI | 48198 | 2006-05-06 | 2,461.54 |
| WARICK R RICHARDSON | 9555 GLENHILL DR | | SUPERIOR TWP | MI | 48198 | 2006-05-20 | 2,461.54 |
| WARICK R RICHARDSON | 9555 GLENHILL DR | | SUPERIOR TWP | MI | 48198 | 2006-06-03 | 2,461.54 |
| WAYNE R KLEBE | 925 W GUNNISON ST | APT #1E | CHICAGO | IL | 60640 | 2006-03-11 | 3,384.62 |
| WAYNE R KLEBE | 925 W GUNNISON ST | APT #1E | CHICAGO | IL | 60640 | 2006-03-25 | 3,384.62 |
| WAYNE R KLEBE | 925 W GUNNISON ST | APT #1E | CHICAGO | IL | 60640 | 2006-04-08 | 3,384.62 |
| WAYNE R KLEBE | 925 W GUNNISON ST | APT #1E | CHICAGO | IL | 60640 | 2006-04-22 | 3,046.16 |
| WAYNE R KLEBE | 925 W GUNNISON ST | APT #1E | CHICAGO | IL | 60640 | 2006-04-22 | 338.46 |
| WAYNE R KLEBE | 925 W GUNNISON ST | APT #1E | CHICAGO | IL | 60640 | 2006-05-06 | 3,384.62 |
| WAYNE R KLEBE | 925 W GUNNISON ST | APT #1E | CHICAGO | IL | 60640 | 2006-05-20 | 3,384.62 |
| WAYNE R KLEBE | 925 W GUNNISON ST | APT #1E | CHICAGO | IL | 60640 | 2006-06-03 | 3,384.62 |
| WAYNE W JACKSON | 8527 MILLGATE LN | WASHINGTON TWP | DAYTON | OH | 45458 | 2006-03-11 | 816.08 |
| WAYNE W JACKSON | 8527 MILLGATE LN | WASHINGTON TWP | DAYTON | OH | 45458 | 2006-03-11 | 1,632.16 |
| WAYNE W JACKSON | 8527 MILLGATE LN | WASHINGTON TWP | DAYTON | OH | 45458 | 2006-03-25 | 1,632.16 |
| WAYNE W JACKSON | 8527 MILLGATE LN | WASHINGTON TWP | DAYTON | OH | 45458 | 2006-04-08 | 816.08 |
| WAYNE W JACKSON | 8527 MILLGATE LN | WASHINGTON TWP | DAYTON | OH | 45458 | 2006-04-22 | 1,632.16 |
| WAYNE W JACKSON | 8527 MILLGATE LN | WASHINGTON TWP | DAYTON | OH | 45458 | 2006-04-22 | 3.92 |
| WAYNE W JACKSON | 8527 MILLGATE LN | WASHINGTON TWP | DAYTON | OH | 45458 | 2006-05-06 | 1,632.16 |
| WAYNE W JACKSON | 8527 MILLGATE LN | WASHINGTON TWP | DAYTON | OH | 45458 | 2006-05-06 | 11.92 |
| WAYNE W JACKSON | 8527 MILLGATE LN | WASHINGTON TWP | DAYTON | OH | 45458 | 2006-05-20 | 1,632.16 |
| WAYNE W JACKSON | 8527 MILLGATE LN | WASHINGTON TWP | DAYTON | OH | 45458 | 2006-05-20 | 14.28 |
| WAYNE W JACKSON | 8527 MILLGATE LN | WASHINGTON TWP | DAYTON | OH | 45458 | 2006-06-03 | 1,632.16 |
| WEA SOUTHLAKE LLC | P.O. BOX 56925 | | LOS ANGELES | CA | 90074-6925 | 2006-3-31 | 12,995.03 |
| WEA SOUTHLAKE LLC | P.O. BOX 96184 | | LOS ANGELES | CA | 90074-6925 | 2006-4-28 | 16,107.85 |
| WESLEY T JOHNSON | 2328 NW 115TH ST | | OKLAHOMA CITY | OK | 73120 | 2006-03-11 | 1,748.85 |
| WESLEY T JOHNSON | 2328 NW 115TH ST | | OKLAHOMA CITY | OK | 73120 | 2006-03-25 | 1,748.85 |
| WESLEY T JOHNSON | 2328 NW 115TH ST | | OKLAHOMA CITY | OK | 73120 | 2006-04-08 | 1,748.85 |
| WESLEY T JOHNSON | 2328 NW 115TH ST | | OKLAHOMA CITY | OK | 73120 | 2006-04-22 | 1,748.85 |
| WESLEY T JOHNSON | 2328 NW 115TH ST | | OKLAHOMA CITY | OK | 73120 | 2006-04-24 | 200.00 |
| WESLEY T JOHNSON | 2328 NW 115TH ST | | OKLAHOMA CITY | OK | 73120 | 2006-05-06 | 1,748.85 |
| WESLEY T JOHNSON | 2328 NW 115TH ST | | OKLAHOMA CITY | OK | 73120 | 2006-05-20 | 1,748.85 |
| WESLEY T JOHNSON | 2328 NW 115TH ST | | OKLAHOMA CITY | OK | 73120 | 2006-05-20 | 2.18 |
| WESLEY T JOHNSON | 2328 NW 115TH ST | | OKLAHOMA CITY | OK | 73120 | 2006-06-03 | 1,748.85 |
| WESTFIELD - HAWTHORN, L.P. | P.O. BOX 96184 | | CHICAGO | IL | 60693 | 2006-3-31 | 21,299.51 |
| WESTFIELD - HAWTHORN, L.P. | P.O. BOX 96184 | | CHICAGO | IL | 60693 | 2006-4-28 | 21,198.88 |
| WHELAN'S INTERNATIONAL | 731 UNION PARKWAY | | RONKONKOMA | NY | 11779 | 2006-3-10 | 5,697.74 |
| WHELAN'S INTERNATIONAL | 731 UNION PARKWAY | | RONKONKOMA | NY | 11779 | 2006-3-17 | 6,369.42 |
| WHITE OAKS MALL L.P. | 3392 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674 | 2006-3-31 | 12,076.65 |
| WHITE OAKS MALL L.P. | 3392 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674 | 2006-4-28 | 11,193.03 |
| WHITEMARSH ELECTRIC INC | 300 SUMMIT AVE | | CONSHOCKEN | PA | 19428 | 2006-4-7 | 14,850.00 |
| WI DEPT OF REV | P O Box 8902 | | Madison | WI | 53708 | 2006-3-20 | 11,224.96 |
| WI DEPT OF REV | P O Box 8902 | | Madison | WI | 53708 | 2006-4-20 | 12,211.87 |
| WI DEPT OF REV | P O Box 8902 | | Madison | WI | 53708 | 2006-5-19 | 11,149.61 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-03-11 | 1,336.00 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-03-11 | 601.20 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-03-11 | 492.92 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-03-11 | 28.00 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-03-25 | 1,336.00 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-03-25 | 463.43 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-03-25 | 724.46 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-04-08 | 1,398.40 |

| BACHRACH CLOTHING, INC. | | | | | | | |
|---|---|---|---|---|---|---|---|
| STATEMENT OF FINANCIAL AFFAIRS | | | | | | | |
| Item 3b. Payments to Creditors within 90 days (aggregate over $5,000) | | | | | | | |
| | | | | | | | |
| | | | | | | | Amount |
| Name | Address1 | Address2 | City | State | Zip | Date | Paid |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-04-08 | 471.96 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-04-08 | 832.45 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-04-08 | 75.00 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-04-22 | 1,398.40 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-04-22 | 380.19 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-04-22 | 476.93 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-04-22 | 3.61 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-04-24 | 50.00 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-05-06 | 1,398.40 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-05-06 | 327.75 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-05-06 | 637.87 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-05-20 | 974.08 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-05-20 | 1,083.76 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-05-20 | 275.31 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-05-20 | 17.39 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-06-03 | 1,398.40 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-06-03 | 589.95 |
| WILL E THOMPSON | 3315 W MT VERNON | | MILWAUKEE | WI | 53208 | 2006-06-03 | 468.07 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-03-11 | 1,280.00 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-03-11 | 91.20 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-03-11 | 3.84 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-03-11 | 6.00 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-03-25 | 1,280.00 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-03-25 | 38.40 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-03-25 | 148.20 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-03-25 | 50.00 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-04-08 | 1,280.00 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-04-08 | 170.40 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-04-08 | 75.00 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-04-22 | 1,280.00 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-04-22 | 64.80 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-04-22 | 10.20 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-05-06 | 1,280.00 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-05-06 | 108.00 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-05-20 | 1,280.00 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-05-20 | 103.20 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-05-20 | 236.15 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-05-20 | 11.92 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-06-03 | 1,280.00 |
| WILLIAM A FRITZ | 13142 GLENSIDE DRIVE | | FARMERS BRANCH | TX | 75234 | 2006-06-03 | 127.20 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-06-03 | 48.98 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-03-11 | 477.12 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-03-11 | 628.20 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-03-11 | 211.95 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-03-11 | 880.48 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-03-11 | 2.58 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-03-25 | 720.00 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-03-25 | 268.65 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-03-25 | 1,158.05 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-03-25 | 2.58 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-04-08 | 711.00 |

97

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-04-08 | 139.05 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-04-08 | 1,629.86 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-04-08 | 50.00 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-04-22 | 601.20 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-04-22 | 86.40 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-04-22 | 1,635.00 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-04-22 | 15.68 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-05-06 | 720.00 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-05-06 | 87.75 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-05-06 | 846.52 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-05-06 | 2.32 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-05-20 | 720.00 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-05-20 | 151.20 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-05-20 | 1,517.64 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-05-20 | 4.04 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-06-03 | 720.00 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-06-03 | 155.25 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-06-03 | 1,367.16 |
| WILLIAM A GRANT JR | 3862 CHAMPION OAK DR | | DUMFRIES | VA | 22026 | 2006-06-03 | 3.98 |
| WILLIAM B LEE | 707 WEST BARRY AVE | #203 | CHICAGO | IL | 60657 | 2006-03-11 | 4,476.61 |
| WILLIAM B LEE | 707 WEST BARRY AVE | #203 | CHICAGO | IL | 60657 | 2006-03-25 | 4,476.61 |
| WILLIAM B LEE | 707 WEST BARRY AVE | #203 | CHICAGO | IL | 60657 | 2006-04-04 | 1,342.98 |
| WILLIAM B LEE | 707 WEST BARRY AVE | #203 | CHICAGO | IL | 60657 | 2006-04-04 | 8,953.22 |
| WILLIAM B LEE | 707 WEST BARRY AVE | #203 | CHICAGO | IL | 60657 | 2006-04-08 | 4,476.61 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-03-11 | 639.20 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-03-11 | 33.60 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-03-11 | 0.80 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-03-11 | 27.60 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-03-11 | 744.21 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-03-25 | 625.60 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-03-25 | 31.20 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-03-25 | 807.59 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-04-08 | 640.00 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-04-08 | 51.60 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-04-08 | 1,066.28 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-04-08 | 6.64 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-04-08 | 75.00 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-04-22 | 634.40 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-04-22 | 18.00 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-04-22 | 429.60 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-05-06 | 50.00 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-05-06 | 640.00 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-05-06 | 34.80 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-05-06 | 538.54 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-05-20 | 512.80 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-05-20 | 588.80 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-05-20 | 10.81 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-06-03 | 624.80 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-06-03 | 6.00 |
| WILLIAM E BLUNT | 5954 DRAYCOTT DR | | INDIANAPOLIS | IN | 47236 | 2006-06-03 | 1,022.41 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-03-11 | 2,540.80 |

98

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
**Item 3b.  Payments to Creditors within 90 days (aggregate over $5,000)**

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-03-11 | 48.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-03-11 | 19.20 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-03-11 | 105.60 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-03-11 | 75.32 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-03-11 | 18.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-03-25 | 621.60 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-03-25 | 2,560.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-03-25 | 148.80 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-03-25 | 95.55 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-03-25 | 22.88 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-04-08 | 512.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-04-08 | 2,560.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-04-08 | 153.60 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-04-08 | 449.91 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-04-08 | 1.96 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-04-08 | 50.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-04-22 | 2,560.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-04-22 | 72.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-04-22 | 288.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-04-22 | 461.29 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-04-22 | 4.16 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-04-22 | 125.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-04-24 | 50.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-05-06 | 2,512.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-05-06 | 16.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-05-06 | 96.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-05-06 | 411.24 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-05-06 | 2.58 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-05-20 | 626.24 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-05-20 | 2,057.60 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-05-20 | 124.80 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-05-20 | 168.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-05-20 | 5.70 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-06-03 | 768.00 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-06-03 | 2,022.40 |
| WILLIAM M DOBINSKI | 1439 N STEPHEN AVE | | CLAWSON | MI | 48017 | 2006-06-03 | 8.28 |
| WINCOR NIXDORF INC | | PO BOX 13320 | NEWARK | NJ | 07101-3320 | 2006-4-7 | 11,270.77 |
| WOODFIELD ASSOCIATES | DEPARTMENT 55401 | P.O. BOX 67000 | DETROIT | MI | 48267-0554 | 2006-3-31 | 55,218.95 |
| WOODFIELD ASSOCIATES | DEPARTMENT 55401 | P.O. BOX 67000 | DETROIT | MI | 48267-0554 | 2006-4-28 | 55,218.95 |
| WORLD MKT.INC / VISITOR | | 1370 BROADWAY STE 800 | NEW YORK | NY | 10018 | 2006-3-10 | 6,248.00 |
| WORLD MKT.INC / VISITOR | | 1370 BROADWAY STE 800 | NEW YORK | NY | 10018 | 2006-3-15 | 195,502.25 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-03-11 | 1,197.00 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-03-11 | 101.25 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-03-11 | 3.00 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-03-11 | 141.75 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-03-11 | 11.76 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-03-11 | 6.00 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-03-25 | 1,200.00 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-03-25 | 11.25 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-03-25 | 50.00 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-03-25 | 177.28 |

**BACHRACH CLOTHING, INC.**
**STATEMENT OF FINANCIAL AFFAIRS**
**Item 3b. Payments to Creditors within 90 days (aggregate over $5,000)**

| Name | Address1 | Address2 | City | State | Zip | Date | Amount Paid |
|---|---|---|---|---|---|---|---|
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-04-08 | 1,200.00 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-04-08 | 231.75 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-04-08 | 4.72 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-04-08 | 50.00 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-04-22 | 1,128.00 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-04-22 | 202.50 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-04-22 | 268.32 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-05-06 | 120.00 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-05-06 | 1,080.00 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-05-06 | 47.25 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-05-20 | 1,200.00 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-05-20 | 69.75 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-05-20 | 38.25 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-05-20 | 245.93 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-06-03 | 600.00 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-06-03 | 600.00 |
| YELENA SHIN | 11422 WATERFORD LN | | FRISCO | TX | 75035 | 2006-06-03 | 56.25 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-03-11 | 413.04 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-03-11 | 568.80 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-03-11 | 3.60 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-03-11 | 35.10 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-03-11 | 12.00 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-03-25 | 703.80 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-03-25 | 540.53 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-03-25 | 25.00 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-03-30 | 250.00 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-04-08 | 703.80 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-04-08 | 669.20 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-04-08 | 75.00 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-04-22 | 709.20 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-04-22 | 857.76 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-04-24 | 50.00 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-05-06 | 846.00 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-05-06 | 283.29 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-05-06 | 3.96 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-05-20 | 933.60 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-05-20 | 12.00 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-05-20 | 9.00 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-05-20 | 281.64 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-05-20 | 351.60 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-06-03 | 744.00 |
| ZHANNA B GOOD | 132 STRATFORD | | ROCHESTER HILLS | MI | 48309 | 2006-06-03 | 227.69 |
| | | | | | | | 20,856,491.84 |