# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  )
BACHRACH CLOTHING, INC.  )
  )  Bankruptcy No. 06-06525 (PSH)
  )
Debtor.  )  Chapter 11

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: Cooley LLP

Authorized to Provide Professional Services to: Official Committee of Unsecured Creditors

Date of Order Authorizing Employment: July 6, 2006

Period for Which Compensation is Sought:
From June 12, 2006 through December 31, 2013

Amount of Fees Sought: $973,895.00

Amount of Expense Reimbursement Sought: $33,841.26

This is an:   Interim Application _____     Final Application  X

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 11/29/2006 | 06/12/2006 thru 09/30/2006 | $353,873.26 | $343,895.26 | $344,166.53 |
| 04/12/2007 | 10/01/2006 thru 02/28/2007 | $258,461.69 | $252,906.10 | $157,647.75 |
| 09/20/2007 | 03/01/2007 thru 07/31/2007 | $146,425.14 | $146,089.53 | $48,818.28 |
| 06/17/2008 | 08/01/2007 thru 04/30/2008 | $63,103.59 | $62,930.59 | $63,103.59 |
| 03/04/2009 | 05/01/2008 thru 01/31/2009 | $42,809.85 | $42,210.87 | $40,002.95 |
| 02/12/2010 | 02/01/2009 thru 12/31/2009 | $37,156.00 | $37,156.00 | $31,075.59 |

Total: $684,814.69

Dated: January 8, 2014            _____
                                              (Counsel)

(Rev 11/19/10)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| BACHRACH CLOTHING, INC., | ) | Case No.    06-06525 (PSH) |
| | ) | |
| Debtor. | ) | Hearing Date: January 30, 2014 at 10:00 a.m. |
| | ) | |

**SEVENTH INTERIM AND FINAL FEE APPLICATION OF COOLEY LLP, COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 12, 2006 THROUGH DECEMBER 31, 2013**

| | |
|---|---|
| **Name of Applicant:** | Cooley LLP |
| **Authorized to Provide Services to:** | Official Committee of Unsecured Creditors of Bachrach Clothing, Inc. |
| **Date of Retention:** | July 6, 2006 *nunc pro tunc* to June 12, 2006 |
| **Total case fees requested for final approval:** | $973,895.00[1] |
| **Total case expenses requested for final approval:** | $33,841.26[2] |
| **Seventh Interim Period:** | January 1, 2010 through December 31, 2013 |
| **Amount of fees requested as actual, reasonable and necessary during Seventh Interim Period:** | $114,485.00 |
| **Amount of expenses sought as actual, reasonable and necessary during Seventh Interim Period:** | $7,604.41 |

---

[1] Total fees incurred for the Final Period were $980,124.50, but in connection with prior interim fee applications, the Court reduced fees by $6,229.50. Thus, Applicant is requesting approval of $973,895.00 in fees.

[2] Total costs incurred for the Final Period were $44,252.94, but in connection with prior interim fee applications, the Court reduced costs by $10,411.68. Thus, Applicant is requesting approval $33,841.26 in costs.

2096881 v3/NY

Prior interim fee applications:

|   | Interim Period | Fees Requested | Fees Approved | Expenses Requested | Expenses Approved | Amounts Paid |
|---|---|---|---|---|---|---|
| 1st | 06/12/2006 thru 09/30/2006 | $342,954.50 | $340,344.50 | $10,918.76 | $3,550.76 | $344,166.53 |
| 2nd | 10/01/2006 thru 02/28/2007 | $245,431.50 | $242,907.50 | $13,030.19 | $9,998.60 | $157,647.75 |
| 3rd | 03/01/2007 thru 07/31/2007 | $136,390.50 | $136,063.00 | $10,034.64 | $10,026.53 | $48,818.28 |
| 4th | 08/01/2007 thru 04/30/2008 | $61,484.00 | $61,311.00 | $1,619.59 | $1,619.59 | $63,103.59 |
| 5th | 05/01/2008 thru 01/31/2009 | $42,768.50 | $42,173.50 | $41.35 | $37.37 | $40,022.95 |
| 6th | 02/01/2009 thru 12/31/2009 | $36,152.00 | $36,152.00 | $1,004.00 | $1,004.00 | $31,075.59 |
|   | **TOTAL** | **$865,181.00** | **$858,951.50** | **$36,648.53** | **$26,236.85** | **$684,834.69** |

Total amounts previously paid for current Interim Period:   $77,812.00

This is a final application.

Blended hourly rate:   Interim Period: $534.48

　　　　　　　　　　　　Final Period:   $465.19

2096881 v3/NY