IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| BACHRACH CLOTHING, INC. | Case No. 06-06525 (PSH) |
| Debtor. | |
| | Hearing Date: January 30, 2014 |
| | Hearing Time: 10:00 a.m. |

**COVER SHEET FOR SEVENTH INTERIM AND FINAL APPLICATION OF BDO USA, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE CREDITORS' COMMITTEE FOR THE PERIOD JUNE 12, 2006 THROUGH JANUARY 8, 2014**

| | |
|---|---|
| Name of Applicant: | BDO USA, LLP f.k.a. BDO Seidman, LLP |
| Authorized To Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order Entered July 6, 2006 Effective as of June 12, 2006 |
| Interim Period for which Compensation and Expense Reimbursement is sought (Seventh Interim): | February 1, 2009 – January 08, 2014 |
| Interim Amount of Compensation sought as Actual, Reasonable and Necessary (for the Period February 1, 2009 through January 8, 2014): | $453.00 |
| Interim Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary (for the Period February 1, 2009 through January 8, 2014): | $27.18 |
| Final Period for which Compensation and Reimbursement is sought (Final Application): | June 12, 2006 – January 08, 2014 |

| | |
|---|---|
| Final Amount of Compensation sought as Actual, Reasonable and Necessary (for the Period June 12, 2006 through January 8, 2014): | $207,319.85 |
| Final Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary (for the Period June 12, 2006 through January 8, 2014): | $1,217.53 |
| Amount of Compensation and Expenses Previously Paid by the Debtors | $128,924.15 |
| Total Balance Due for the Period June 12, 2006 through January 8, 2014: | $79,613.23 |

This is an: ___ interim __X__ final application

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved[1] | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expense |
| 11/29/06 | 06/12/06 – 08/31/06 | $55,534.00 | $0.00 | $55,534.00 | $0.00 |
| 01/11/07 | 09/01/06 – 10/31/06 | 10,423.00 | 0.00 | 10,423.00 | 0.00 |
| 04/12/07 | 11/01/06 – 02/28/07 | 121,257.00 | 181.00 | 113,852.35 | 129.00 |
| 09/20/07 | 03/01/06 – 07/31/07 | 21,589.00 | 1,054.00 | 21,589.00 | 1,054.00 |
| 06/17/08 | 08/01/07 – 04/30/08 | 3,925.00 | 0.00 | 3,925.00 | 0.00 |
| 03/04/09 | 05/01/08 – 01/31/09 | 1,543.50 | 7.35 | 1,543.50 | 7.35 |
| | **TOTAL** | **$214,271.50** | **$1,242.35** | **$206,866.85** | **$1,190.35** |

**COMPENSATION BY PROFESSIONAL WITH BLENDED RATE**
For the Seventh Interim Period February 1, 2009 through January 8, 2014

| Professional | Category | Hours | Hourly billing rate[2] (average) | Amount |
|---|---|---|---|---|
| KEVIN KADEN | PARTNER | 0.2 | 500.00 | $100.00 |
| NAUSHON E VANDERHOOP | SENIOR | 1.9 | 185.79 | 353.00 |
| **TOTAL:** | | **2.1** | | **$453.00** |

**Blended rate:  $215.71**

---

[1] BDO has been paid $128,924.15 of the approved amounts listed to date ($79,133.05 remains approved, but unpaid).

[2] This rate is BDO's standard hourly rate for accounting and consulting services. All hourly rates are adjusted by BDO on a periodic basis. Non-working travel time is billed at ½ of the standard hourly billing rate and is reflected in the total fees billed.

## COMPENSATION BY PROFESSIONAL WITH BLENDED RATE
For the Final Period June 12, 2006 through January 8, 2014

| Professional | Category | Hours | Hourly billing rate (average) | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 134.7 | 529.96 | $71,385.00 |
| KEVIN KADEN | PARTNER | 132.8 | 390.05 | 51,798.50 |
| CHRIS AWONG | SENIOR | 1.5 | 260.00 | 390.00 |
| SHANTE M GEORGE | SENIOR | 324.7 | 206.86 | 67,168.00 |
| NAUSHON E VANDERHOOP | SENIOR | 24.2 | 175.17 | 4,239.00 |
| BRIAN C MALONEY | STAFF | 8.0 | 175.00 | 1,400.00 |
| KEVIN REINLE | STAFF | 31.9 | 161.50 | 5,152.00 |
| MATTHEW J STEWART | STAFF | 66.3 | 160.00 | 10,608.00 |
| ELIZABETH FAIRBANKS | STAFF | 12.5 | 130.00 | 1,625.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 6.5 | 147.54 | 959.00 |
| **SUBTOTAL:** | | **743.1** | | **214,724.50** |
| Less: Total Fees Reduced | [Docket No. 405] | | | (7,404.65) |
| **TOTAL:** | | **743.10** | | **$207,319.85** |

**Blended rate: $278.99**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours for Seventh Interim Period | Total Hours for the Final Period | Total Fees for Seventh Interim Period | Total Fees for the Final Period |
|---|---|---|---|---|
| PREFERENCE ANALYSIS | - | 11.2 | - | $1,456.00 |
| INSIDER PREFERENCES | - | 1.3 | - | 169.00 |
| LITIGATION CONSULTING | - | 399.0 | - | 116,513.50 |
| MEETINGS - DEBTOR | - | 11.0 | - | 5,348.00 |
| REPORT PREPARATION | - | 106.0 | - | 29,828.50 |
| MEETINGS WITH CREDITORS | - | 8.1 | - | 3,310.50 |
| BUSINESS ANALYSIS | - | 135.0 | - | 34,843.50 |
| COUNSEL DISCUSSIONS & COURT HEARINGS | 0.2 | 29.6 | $100.00 | 13,773.00 |
| FEE APPLICATIONS / MONTHLY | 1.9 | 34.9 | 353.00 | 7,493.00 |

| Project Category | Total Hours for Seventh Interim Period | Total Hours for the Final Period | Total Fees for Seventh Interim Period | Total Fees for the Final Period |
|---|---|---|---|---|
| STATEMENTS | | | | |
| CASE ADMINISTRATION | - | 2.0 | - | 614.50 |
| TRAVEL TIME (BILLED AT ONE HALF THE HOURLY RATE) | - | 5.0 | - | 1,375.00 |
| **SUBTOTAL:** | **2.1** | **743.1** | **453.00** | **214,724.50** |
| **Less: Total Fees Reduced** | | | | **(7,404.65)** |
| **TOTAL:** | **2.1** | **743.10** | **$453.00** | **$207,319.85** |

### EXPENSE SUMMARY

| Expense Category | Seventh Interim Period | Final Period |
|---|---|---|
| Long Distance Telephone | | $129.00 |
| Local Travel | | 194.00 |
| Out-of-Town Travel | | 860.00 |
| Other – Iron Mountain Warehouse Storage | $27.18 | 34.53 |
| **TOTAL** | **$27.18** | **$1,217.53** |