**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **BACHRACH CLOTHING, INC.**, | ) | Case No. 06 B 6525 |
| | ) | Honorable Pamela S. Hollis |
| Debtor. | ) | |
| | ) | |
| | ) | Hearing Date:   January 30, 2014 |
| | ) | Hearing Time:   10:30 a.m. |

## COVER SHEET APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | Neal, Gerber & Eisenberg LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Order Authorizing Employment: | July 6, 2006, retroactive to June 12, 2006 |
| Eighth Interim Period for Which Compensation is Sought: | March 1, 2011 through December 31, 2013 |
| Amount of Fees Sought for Eighth Interim Period: | $12,129.00 |
| Amount of Expense Reimbursement Sought for Eighth Interim Period: | $0 |
| Final Period for Which Compensation is sought: | June 12, 2006 through December 31, 2013 |
| Amount of Fees Sought for final approval: | $106,550.05 |
| This is a: | Final Application |

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 11/29/06 | 6/12/06-10/31/06 | $32,409.90 | $31,526.89 | |
| 4/12/07 | 11/1/06 – 2/28/07 | $11,560.29 | $11,560.29 | |
| 9/29/07 | 3/1/07 – 7/31/07 | $7,451.50 | $7,451.50 | |
| 6/17/08 | 8/1/07- 4/30/08 | $14,140.37 | $14,140.37 | |
| 3/4/09 | 5/1/08-1/31/09 | $6,413.40 | $5,989.40 | |
| 2/12/10 | 2/1/09-12/31/09 | $15,393.10 | $15,393.10 | |
| 6/16/11 | 1/1/10-2/28/11 | $8,359.50 | $8,359.50 | |
| **TOTAL** | | **$95,728.06** | **$94,421.05** | |

| Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals dated July 6, 2006, the aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred between March 1, 2011 and December 31, 2013: $0. |
|---|

| Applicant: | Neal, Gerber & Eisenberg, LLP |
|---|---|
| Date: January 8, 2014 | By:   /s/ Jason A. Frye |
| | |

NGEDOCS: 2141997.1