**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 06-06525 |
| BACHRACH CLOTHING, INC., | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date:   February 11, 2014 |
| Debtor. | ) | Hearing Time:   10:00 a.m. |

**NOTICE OF MOTION**

TO:    **Attached Service List**

    **PLEASE TAKE NOTICE** that on **February 11, 2014 at 10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Pamela S. Hollis,** Bankruptcy Judge, in Courtroom 644 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing bankruptcy motions, and shall then and there present the **Final Application of RSM McGladrey, Inc. as the Debtor's Tax Accountant for Allowance of Compensation and Reimbursement of Expenses and Related Relief,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings,

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

                                              Robert M. Fishman (#3124316)
                                              Allen J. Guon (#6244526)
                                              Shaw Fishman Glantz & Towbin LLC
                                              321 North Clark Street, Suite 800
                                              Chicago, Illinois 60610
                                              (312) 541-0151  telephone
                                              (312) 980-3888  facsimile

**CERTIFICATE OF SERVICE**

    Marc S. Reiser certifies that he caused to be served a true copy of the above and foregoing notice and attached pleadings upon all parties indicated on the electronic filing receipt by operation of the Court's electronic filing system and upon the attached service list by electronic mail, unless otherwise indicated, on this 17th day of January, 2014.

                                              _____/s/ Marc S. Reiser_____

**Electronic Mail Notice List for Case 06-06525**

- Howard L. Adelman    hla@ag-ltd.com
- David A Agay    dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com,lburrell@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
- R Scott Alsterda    rsalsterda@uhlaw.com
- Janice A Alwin    janice@oakpointpartners.com, jake@oakpointpartners.com;david@oakpointpartners.com
- George P Apostolides    gpapostolides@arnstein.com, jbmedziak@arnstein.com
- Thomas V Askounis    taskounis@askounisdarcy.com, akapai@askounisdarcy.com
- Terence G Banich    tbanich@shawfishman.com, kbobb@shawfishman.com
- Kori M Bazanos    kbazanos@rolaw.net
- Ryan B. Bennett    rbennett@kirkland.com
- William D Brejcha    wdbrejcha@scopelitis.com, mweiland@scopelitis.com;ddevitt@scopelitis.com;rzivat@scopelitis.com;jdimitry@scopelitis.com;gostendorf@scopelitis.com;rhenry@scopelitis.com;asmedstad@scopelitis.com
- Andrew S. Conway    aconway@taubman.com, aconway@taubman.com
- David R Doyle    ddoyle@shawfishman.com, kjanecki@shawfishman.com
- Dennis A Dressler    ddressler@dresslerpeters.com
- Heather M Durian    durianh@michigan.gov
- Wendy N. Epstein    wepstein@kirkland.com, fsramek@kirkland.com;sseeger@kirkland.com
- Adam S. Fayne    fayne@wildmanharrold.com
- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
- Robert M Fishman    rfishman@shawfishman.com, kjanecki@shawfishman.com
- Jason Frye    jfrye@ngelaw.com
- Vipin R Gandra    vipingandra@yahoo.com
- Jeffrey L. Gansberg    gansberg@live.com, nsulak@muchshelist.com
- Chad H. Gettleman    cgettleman@ag-ltd.com
- Brian M. Graham    bmgrahampack@sbcglobal.net
- Mark B Grzymala    mgrzymala@rolaw.net, grzymala@gmail.com
- Allen J Guon    aguon@shawfishman.com, cowens@shawfishman.com
- Timothy M Howe    tim@chicagolaw.biz
- Steve Jakubowski    sjakubowski@rsplaw.com, docketing@rsplaw.com
- Synde B. Keywell    synde.keywell@bryancave.com, jthomas@nslaw.net
- Jeremy C Kleinman    jkleinman@fgllp.com, ccarpenter@fgllp.com
- Ean L Kryska    ean.kryska@abm.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Thomas J Leanse    thomas.leanse@kattenlaw.com, brian.huben@kattenlaw.com;carole.levine@kattenlaw.com
- Mark E Leipold    mleipold@gouldratner.com, srodriguez@gouldratner.com;lgray@gouldratner.com
- Micah Marcus    mmarcus@kirkland.com, kmaze@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com
- Edward S. Margolis    emargolis@tellerlevit.com

- Joy E Mason   jlevy@ebg-law.com
- Henry B. Merens   hbm@ag-ltd.com
- Robert D Nachman   robert.nachman@bfkn.com, jean.montgomery@bfkn.com;mark.mackowiak@bfkn.com
- David A. Newby   dnewby@comananderson.com, tmaurer@comananderson.com
- Michelle G Novick   mgnovick@arnstein.com, lcsolomon@arnstein.com
- Louis J Phillips   lphillips@pfs-law.com, msiedlecki@pfs-law.com
- Robert Radasevich   rradasevich@ngelaw.com, igarcia@ngelaw.com
- Mark L Radtke   mradtke@shawfishman.com, bharrington@shawfishman.com
- Sara G Rajan   srajan@starkreagan.com
- Elizabeth E Richert   erichert@colemanlawfirm.com, dmueller@colemanlawfirm.com
- Peter J Roberts   proberts@shawfishman.com
- Patrick F Ross   pfross@uhlaw.com, kburde@uhlaw.com;rjanczak@uhlaw.com
- Nathan Q. Rugg   nrugg@ag-ltd.com, lhope@ag-ltd.com
- Michael M Schmahl   mschmahl@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com
- Eileen M Sethna   esethna@chuhak.com, rsaldivar@chuhak.com
- John P Sieger   john.sieger@kattenlaw.com
- George J. Spathis   gspathis@hmblaw.com, lvalenti@hmblaw.com,kbates@hmblaw.com,bkatranis@hmblaw.com
- Miriam R. Stein   mstein@chuhak.com, kgord@chuhak.com
- Gregory K Stern   gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
- David A Strauss   dstrauss@kingkrebs.com
- Pia N Thompson   pthompson@gouldratner.com, bburns@gouldratner.com
- Michael Traison   traison@millercanfield.com, wysocki@millercanfield.com,swansonm@millercanfield.com
- Katherine D Vega   kvega@ngelaw.com
- Lindsay E Wilson Gowin   lwgowin@uhlaw.com, lmorris@uhlaw.com
- Andrew L. Wool   wool@chapman.com
- Peter J Young   pyoung@winston.com
- Daniel A Zazove   docketchi@perkinscoie.com

**Bachrach Clothing, Inc. Service List**
**Master Service List & Committee Members**
**(Service Via Electronic Mail, Unless Otherwise Indicated)**

Office of the U.S. Trustee
219 S. Dearborn St., 8th Floor
Chicago, IL  60604
Phone:  (312) 886-7480
Fax:      (312) 886-5794
Steve.G.Wolfe@usdoj.gov

Larry Schechterman
1000 Urlin Ave., Apt. 606
Grandview Heights, OH  43212
lschech@mac.com

{5678 APPL A0364158.DOC}

Gerald Woelcke
Sun Bachrach, LLC
5200 Town Center Circle, Suite 470
Boca Raton, FL  33486
Phone:   (561) 962-3490
Fax:       (561) 394-0540
gwoelcke@suncappart.com

Pat LeVardi
Craig Morrison
Bachrach Acquisition, LLC
One Bachrach Court
Decatur, IL  62526
plevardi@bachrach.com
cmorrison@bachrach.com

Donald Rothman *(Counsel to LaSalle Bank)*
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, MA  02108
Phone:   (617) 880-3556
Fax:       (617) 880-3456
drothman@riemerlaw.com

James A. Stempel
Matthew M. Wawrzyn *(Sun Capital Bachrach, LLC)*
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL  60601
Phone:   (312) 861-2440
Fax:       (312) 861-2200
jstempel@kirkland.com
mwawrzyn@kirkland.com

James Cullen
Chris Tomas
Alex Smith
Alliance Management, Inc.
601 Carlson Pkwy., Ste. 110
Minneapolis, MN  55305
Phone:   (952) 475-2236
Fax:       (952) 475-2224
jcullen@alliancemgmt.com
ctomas@alliancemgmt.com
asmith@alliancemgmt.com

Edgar H. Bachrach
1555 Astor St., #15W
Chicago, IL  60610
Fax:       (484) 902-7311
edbachrach@aol.com

Lawrence C. Gottlieb *(Counsel to the Official Committee of Unsecured Creditors)*
Cathy R. Hershcopf
Jeffrey L. Cohen
Law Offices of Cooley, Godward, Kronish
1114 Avenue of the Americas
New York, NY  10036
Phone:   (212) 479-6000
Fax:       (212) 479-6275
lgottlieb@cooley.com
chershcopf@cooley.com
jcohen@cooley.com

Ms. Alisa Rothstein (C*ommittee Member)*
57th & 5th
730 5th Ave. Suite 503
New York, NY 10019
Phone: (212) 842-9938
Fax:       (212) 765-1101
alisar@57-5.com

James J. Ammeen
Neil Goldberg (C*ommittee Members)*
73 Gould St., #75B
Bayonne, NJ  07002
Phone: (201) 858-2884
Fax:       (201) 858-0028
jamesa@neema.com
neilg@neema.com

Jan McBroom
Edward J. Upbin (C*ommittee Members)*
Kellwood Distribution Division
600 Kellwood Parkway, Suite 200
Chesterfield, MO  63017
Phone: (314) 576-8506
Fax:       (866) 530-4870
jan.mcbroom@kellwood.com
edward_upbin@kellwood.com

{5678 APPL A0364158.DOC}

Mr. Nuno Guerreiro (*Committee Member)*
Maconde Confeccoes II e Comercial e
Industria, S.A.
Rua 5 de Outubro, 2148
4481-941 Vilo do Conde, PORTUGAL
EUROPE
nuno.guerreiro@maconde.pt

Gary L. Schacht *(Committee Member)*
Store Kraft
500 Irving St.
Beatrice, NE  68310
Phone: (402) 223-2348
Fax:     (402) 223-1268
Gary_Schacht@storekraft.com

Ronald M. Tucker *(Committee Member)*
Simon Property Group, L.P.
115 W. Washington St.
Indianapolis, IN  46204
Phone: (317) 263-2346
Fax:     (317) 263-7901
rtucker@simon.com

Samuel B. Garber *(Committee Member)*
Assistant General Counsel
General Growth Management, Inc., as Agent
110 N. Wacker Dr.
Chicago, IL  60606
Phone: (312) 960-5079
Fax:     (312) 960-6373
sam.garber@generalgrowth.com

Dennis B. Black
Keith A. Sigale
Goldberg Kohn Bell Black
   Rosenbloom & Moritz Ltd.
55 E. Monroe St., Suite 3700
Chicago, IL  60603
Phone: (312) 201-4000
Fax:     (312) 332-2196
dennis.black@goldbergkohn.com
keith.sigale@goldbergkohn.com

Edward C. Dolan
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth St., NW
Washington, D.C.  20004-1109
Phone: (202) 637-5677
Fax:     (202) 637-5910
ecdolan@hhlaw.com

Jeffrey Kurtzman
Klehr, Harrison, Harvey,
   Branzburg & Ellers LLP
260 S. Broad St.
Philadelphia, PA  19102
Phone: (215) 569-4493
Fax:     (215) 568-6603
jkurtzma@klehr.com

Laura S. Huseby
Shari L. Friedman
Marwedel, Minichello & Reeb, P.C.
10 S. Riverside Plaza, Suite 720
Chicago, IL  60606
Phone: (312) 902-1600
Fax:     (312) 902-9900
lhuseby@mmr-law.com
sfriedman@mmr-law.com

David L. Pollack
Jeffrey Meyers
Dean Waldt
Ballard Spahr Andrews & Ingersoll, LLP
Mellon Bank Center, 51st Floor
1735 Market St.
Philadelphia, PA  19103
Phone: (215) 864-8325
Fax:     (215) 864-9473
pollack@ballardspahr.com
meyers@ballardspahr.com
waldtd@ballardspahr.com

James H. Billingsley
Hughes & Luce, LLP
1717 Main St., Suite 2800
Dallas, TX  75201
Phone: (214) 939-5500
Fax:     (214) 939-5849
james.billingsley@hughesluce.com

Fred B. Ringel
Robinson Brog Leinwand Greene Genovese
& Gluck P.C.
1345 Avenue of the Americas
New York, NY  10105
Phone: (212) 586-4050
fbr@robinsonbrog.com

Mark P. Naughton
Great American Group
Nine Parkway North, Suite 300
Deerfield, IL  60015
Phone: (847) 444-1400
Fax:     (847) 444-1401
mnaughton@greatamerican.com

Henry G. Swergold
Platzer, Swergold, Karlin, Levine, Goldberg
& Jaslow, LLP
1065 Avenue of the Americas
New York, NY  10018
Phone: (212) 593-3000
Fax:     (212) 593-0353
hswergold@platzerlaw.com

Nancy F. Loftus
Assistant County Attorney
Department of Tax Administration
Fairfax County, Virginia
Suite 549
12000 Government Center Parkway
Fairfax, VA  22035
Phone: (703) 324-2421
Fax:     (703) 324-2665
nancy.loftus@fairfaxcounty.gov

Gary L. Roddy
Senior Director of Collections
CBL & Associates Management, Inc.
CBL Center, Suite 500
2030 Hamilton Place Blvd.
Chattanooga, TN  37421-6000
Phone: (423) 855-0001
Fax:     (423) 490-8619
gary_roddy@cblproperties.com

Lori Winkelman
Quarles & Brady LLP
Renaissance One
2 N. Central Ave.
Phoenix, AZ  85004-2391
Phone: (602) 229-5200
Fax:     (602) 229-5690
lwinkelm@quarles.com

John L. Horan
Cline Williams Wright Johnson & Oldfather
1900 U.S. Bank Building
233 S. 13th St.
Lincoln, NE  68508
Phone: (402) 474-6900
Fax:     (402) 474-5393
jhoran@clinewilliams.com

Timothy Bortz
Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Harrisburg Bankruptcy &
   Compliance Office
333 Market St., 16th Floor
Harrisburg, PA  17101-2235
Phone: (717) 772-0636
tbortz@state.pa.us

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX  75201
Phone: (214) 880-0089
Fax:     (214) 253-2558
dallas.bankruptcy@publicans.com

{5678 APPL A0364158.DOC}

John P. Dillman
c/o Linebarger Goggan Blair &
   Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064
Phone: (713) 844-3478
Fax:    (713) 844-3503
Houston_bankruptcy@publicans.com

Gilbert B. Weisman
American Express Travel Related Services Co. Inc.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701
notices@becket-lee.com

Christine Etheridge
Bankruptcy Administration
IKON Financial Services
1738 Bass Rd.
P.O. Box 13708
Macon, GA  31208-3708
Phone: (478) 405-4001
christine.etheridge@ikonfin.com

Dana L. Kurtz
Nicole A. Lindemyer
Kurtz Law Offices, LLC
414 S. State St.
Lockport, IL  60441

Phone: (815) 838-0968
Fax:    (312) 893-2239
dkurtz@kurtzlaw.us
nlindemyer@kurtzlaw.us

Neil Herskowitz
Riverside Claims
2109 Broadway, Ste. 206
New York, NY  10023
Phone: (212) 501-0990
Fax:    (212) 501-7088
neil@regencap.com

Tennessee Department of Revenue
c/o Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202-0207
Phone: (615) 532-2504
Fax:    (615) 741-3334
icillinois@state.tn.us

Michael A. Cox
State of Michigan
Department of Treasury
P.O. Box 30754
Lansing, MI  48909
Phone:  (517) 373-3203
MikeCox@michigan.gov
durianh@michigan.gov

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 06-06525 |
| BACHRACH CLOTHING, INC., | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date:   February 11, 2014 |
| Debtor. | ) | Hearing Time:   10:00 a.m. |

**FINAL APPLICATION OF RSM MCGLADREY, INC. AS THE DEBTOR'S TAX ACCOUNTANT FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND RELATED RELIEF**

RSM McGladrey, Inc. ("RSM") applies (the "Application") to this Court pursuant to 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2002(a)(6), (i), 2016(a) and 9007 and Local Bankruptcy Rule 5082-1 for: (i) the allowance and payment of $8,657.00 in compensation for 32.9[1] hours of professional services ("Services") rendered as Bachrach Clothing, Inc.'s (the "Debtor") tax accountant and for the reimbursement of $12.00 for expenses (the "Expenses") incurred incidental to the Services for the period of October 13, 2008 to October 14, 2011 (the "Application Period"); (ii) final approval of all previously allowed fees awarded by this Court on an interim basis; and (iii) approval of up to $5,000 in compensation and reimbursement of expenses in connection with the preparation of the Debtor's 2012, 2013, and 2014 tax returns. In support of this Application, RSM states as follows:

**BACKGROUND**

1.    On June 6, 2006 ("Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  Since then, the Debtor has remained in possession of its assets and has continued to operate its business as a debtor in possession in accordance with

---

[1] This figure includes 3.0 hours of Services rendered in connection with the preparation of the Debtor's 2008 federal and Illinois tax returns, previously disallowed by this Court for incomplete descriptions on RSM's invoices.

{5678 APPL A0364158.DOC}

11 U.S.C. §§ 1107 and 1108. The Debtor has all of the rights and powers of a trustee in bankruptcy pursuant to 11 U.S.C. § 1107(a).

2.  On June 12, 2006, the Office of the United States Trustee ("UST") appointed an official committee of unsecured creditors ("Committee") in the Debtor's case.

3.  This Court has jurisdiction to hear this matter and enter a final order granting the relief requested herein pursuant to 28 U.S.C. §§ 1334 and 157(b)(2) and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

### RETENTION OF RSM

4.  On October 3, 2006, the Debtor applied to this Court for an order approving the retention of RSM as the Debtor's tax accountant for the purpose of preparing the Debtor's federal, state and local tax returns for the year ending January 31, 2006 [Docket No. 231] (the "Retention Application"). On October 5, 2006, the Court granted the Retention Application under the terms set forth therein [Docket No. 235] (the "Retention Order"). Pursuant to the Retention Order, the Court authorized RSM to receive a retainer in the amount of $12,500 and compensation for its services on an hourly basis, not to exceed $25,000, plus any out-of-pocket expenses.

5.  On September 24, 2007, the Debtor applied to this Court for an order expanding the employment of RSM to include the preparation of the Debtor's tax returns and extensions for the year ending January 31, 2007 [Docket No. 468] (the "Expansion Application"). On September 27, 2007, the Court approved RSM's expanded employment under the terms set forth in the Expansion Application [Docket No. 469] (the "Expansion Order"). Pursuant to the Expansion Order, the Court authorized RSM to prepare the 2007 tax returns on an hourly basis, plus any out-of-pocket expenses.

{5678 APPL A0364158.DOC}    2

6. On October 15, 2008, the Debtor applied to this Court for an order expanding the employment of RSM to include the preparation of the Debtor's future tax returns and extensions [Docket No. 713] (the "Second Expansion Application"). On October 21, 2008, the Court approved RSM's expanded employment under the terms set forth in the Second Expansion Application [Docket No. 713] (the "Second Expansion Order"). Pursuant to the Second Expansion Order, the Court authorized RSM to prepare the future tax returns on an hourly basis.

### SERVICES RENDERED BY RSM

7. During the Application Period, RSM rendered 32.9 hours of professional Services to the Debtor having an aggregate value of $8,657.00 related to the preparation of the Debtor's federal, state and local tax returns for the years ending 2010 and 2011.[2]

8. All of the Services for which compensation is requested are Services, which, in RSM's billing judgment, were necessary in order to prepare the Debtor's federal, state and local tax returns. Attached hereto as Exhibits 1 - 3 are detailed statements of the Services rendered by RSM's professionals that contain a description of the particular Services rendered, the amount of time spent on each task, and the billing rates of RSM's professionals.

9. RSM expended 15.4 hours of professional services having a value of $3,860.00 in connection with the preparation of the Debtor's federal, state and local tax returns for the year ending January 31, 2010. A detailed statement of time entries rendered in connection with those Services is attached hereto as Exhibit 2.

10. RSM expended 14.5 hours of professional services having a value of $3,414.00 in connection with the preparation of the Debtor's federal, state and local tax returns for the year

---

[2] As noted in footnote 1, *supra*, this Application also includes 3.0 hours of Services having a value of $1,395.00.rendered in connection with the preparation of the Debtor's 2008 federal and Illinois tax returns. A detailed statement of time entries rendered in connection with those Services is attached hereto as Exhibit 1.

ending January 31, 2011. A detailed statement of time entries rendered in connection with those Services is attached hereto as Exhibit 3.

11. All of the Services for which compensation is requested were rendered in connection with the Debtor's chapter 11 case.

## SUMMARY OF SERVICES RENDERED BY PROFESSIONAL

12. In summary, the total compensation sought with respect the professional services set forth above is $8,657.00. In addition, and in accordance with Local Rule 5082-1(B)(1), the total compensation sought for each professional with respect to the aforementioned categories is as follows:

| Professional | Hourly Rate | Hours | Amount |
|---|---|---|---|
| Jay Wadkins | $465-512 | 7.5 | $3,723.00 |
| Shane VanVeldhuizen | $248-268 | 6.8 | $1,756.00 |
| Jessica Volk | $144 | 0.6 | $86.00 |
| John Rooney | $144 | 18.0 | $3,092.00 |

13. The hourly rates charged by RSM with respect to the Debtor's case compare favorably with the rates charged by other Chicago metropolitan area accounting firms having certified public accountants with similar experience and expertise as the RSM professionals providing services to the Debtor in connection with this case. Further, the amount of time spent by RSM with respect to the Debtor's chapter 11 case is reasonable given the difficulty of the issues presented and the time constraints imposed by the circumstances.

14. The total compensation for all of the services rendered by RSM during the Application Period is $8,657.00. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate

with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled certified public accountants in other bankruptcy and non-bankruptcy matters, RSM respectfully submits that the compensation sought represents a fair and reasonable amount for the allowance of compensation in this case.

## PAYMENTS RECEIVED BY RSM TO DATE

15. On October 6, 2006, the Debtor transferred $12,500.00 to RSM (the "Postpetition Retainer") as a partial prepayment for RSM's professional services. On November 24, 2006, the Debtor paid RSM $12,500.00 on account of the professional services rendered by RSM.

16. On January 22, 2008, RSM filed its *Interim Application of RSM McGladrey, Inc. as the Debtor's Tax Accountant for Allowance of Compensation and Related Relief* (the "First Interim Application") seeking the allowance and payment of $56,295.50 in interim compensation. On February 12, 2008, the Court granted the First Interim Application, in part, allowing $55,277.50 in fees and authorizing application of the retainer and the November 24, 2006 payment [Docket No. 525]. The Court denied $1,018.00 in fees on the basis that RSM lumped its time entries and that the denied fees provided no benefit to the Debtor's estate. On February 26, 2008, the Debtor paid the then-current balance of $30,277.50 to RSM.

17. On November 24, 2009, RSM filed its *Second Interim Application of RSM McGladrey, Inc. as the Debtor's Tax Accountant for Allowance of Compensation and Related Relief* (the "Second Interim Application") seeking the allowance and payment of $10,824.00 in interim compensation. On December 15, 2009, the Court granted the Second Interim Application, in part, and allowed RSM $9,429.00 in interim compensation. The Court denied the

{5678 APPL A0364158.DOC}            5

allowance of $1,325.00 of compensation on the basis that the description of the corresponding time entries was insufficient.

18. RSM has amended the insufficient time entries from the Second Interim Application, which are attached hereto as <u>Exhibit 1</u>.  In this Application, RSM seeks allowance of the $1,395.00 in compensation previously denied by the Court.

19. In this Application, RSM also seeks approval for fees and expenses in connection with the preparation of the Debtor's 2012, 2013, and 2014 tax returns, without requiring future order of the Court.  RSM's fees for the foregoing services will be capped at $5,000.00. Preparation and filing of the Debtor's foregoing tax returns are necessary to conclude the Debtor's case.

## **COMPLIANCE WITH 11 U.S.C. § 504**

20. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between RSM and any other firm, person or entity for the sharing of division of any compensation paid or payable to RSM.

## **NOTICE**

21. Notice of this Application has been given to: (a) the Office of the United States Trustee; (b) counsel to the Debtor's secured lenders; (c) members of the Committee and its counsel; and (d) parties requesting notice in this case.  In light of costs and burdens of transmitting notice to all of the Debtor's creditors, RSM respectfully requests that additional notice of the hearing on this Application be waived for good cause shown pursuant to FED. R. BANKR. P. 2002(i) and 9007.

WHEREFORE, RSM requests the entry of an order, substantially in the form attached hereto, that:

    (a)    Allows RSM $8,657.00 in final compensation for the Application Period;

    (b)    Allows RSM $12.00 in expense reimbursement for the Application Period;

    (c)    Authorizes the Debtor to pay RSM $8,669.00 in final compensation and expense reimbursement for the Application Period;

    (d)    Allows RSM up to $5,000 for the preparation of the Debtor's 2012, 2013, and 2014 tax returns without requiring further order of this Court;

    (e)    Approves on a final basis all previously allowed fees awarded by this Court on an interim basis;

    (f)    Waives other and further notice of the hearing with respect to this Application; and;

    (g)    Provides such additional relief as may be just and equitable under the circumstances.

Respectfully submitted,

RSM Management, Inc.

Dated: January 17, 2014        By:_____
                                            For RSM McGladrey, Inc.

Jay Wadkins
Managing Director
RSM McGladrey, Inc.
One US Bank Plaza, Suite 1900
505 North 7th St.
St. Louis, MO 63101-1611
(314) 241-4100  telephone
(314) 241-4108  facsimile