# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 06-06525 |
| BACHRACH CLOTHING, INC., | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: February 11, 2014 |
| Debtor. | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

TO:   **Attached Service List**

**PLEASE TAKE NOTICE** that on **February 11, 2014 at 10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Pamela S. Hollis,** Bankruptcy Judge, in Courtroom 644 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing bankruptcy motions, and shall then and there present the **First and Final Application of LECG, LLC for Allowance of Compensation and Reimbursement of Expenses and Related Relief,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings,

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

> Robert M. Fishman (#3124316)
> Allen J. Guon (#6244526)
> Marc S. Reiser (# 66310575)
> Shaw Fishman Glantz & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, Illinois 60610
> (312) 541-0151  telephone
> (312) 980-3888  facsimile

## CERTIFICATE OF SERVICE

Mars S. Reiser certifies that he caused to be served a true copy of the above and foregoing notice and attached pleadings upon all parties indicated on the electronic filing receipt by operation of the Court's electronic filing system and upon the attached service list by electronic mail, unless otherwise indicated, on this 17th day of January, 2014.

> _____  /s/ Marc S. Reiser

{5678 PLD A0364626.DOC}

**Electronic Mail Notice List for Case 06-06525**

- Howard L. Adelman    hla@ag-ltd.com
- David A Agay    dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com,lburrell@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
- R Scott Alsterda    rsalsterda@uhlaw.com
- Janice A Alwin    janice@oakpointpartners.com, jake@oakpointpartners.com;david@oakpointpartners.com
- George P Apostolides    gpapostolides@arnstein.com, jbmedziak@arnstein.com
- Thomas V Askounis    taskounis@askounisdarcy.com, akapai@askounisdarcy.com
- Terence G Banich    tbanich@shawfishman.com, kbobb@shawfishman.com
- Kori M Bazanos    kbazanos@rolaw.net
- Ryan B. Bennett    rbennett@kirkland.com
- William D Brejcha    wdbrejcha@scopelitis.com, mweiland@scopelitis.com;ddevitt@scopelitis.com;rzivat@scopelitis.com;jdimitry@scopelitis.com;gostendorf@scopelitis.com;rhenry@scopelitis.com;asmedstad@scopelitis.com
- Andrew S. Conway    aconway@taubman.com, aconway@taubman.com
- David R Doyle    ddoyle@shawfishman.com, kjanecki@shawfishman.com
- Dennis A Dressler    ddressler@dresslerpeters.com
- Heather M Durian    durianh@michigan.gov
- Wendy N. Epstein    wepstein@kirkland.com, fsramek@kirkland.com;sseeger@kirkland.com
- Adam S. Fayne    fayne@wildmanharrold.com
- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
- Robert M Fishman    rfishman@shawfishman.com, kjanecki@shawfishman.com
- Jason Frye    jfrye@ngelaw.com
- Vipin R Gandra    vipingandra@yahoo.com
- Jeffrey L. Gansberg    gansberg@live.com, nsulak@muchshelist.com
- Chad H. Gettleman    cgettleman@ag-ltd.com
- Brian M. Graham    bmgrahampack@sbcglobal.net
- Mark B Grzymala    mgrzymala@rolaw.net, grzymala@gmail.com
- Allen J Guon    aguon@shawfishman.com, cowens@shawfishman.com
- Timothy M Howe    tim@chicagolaw.biz
- Steve Jakubowski    sjakubowski@rsplaw.com, docketing@rsplaw.com
- Synde B. Keywell    synde.keywell@bryancave.com, jthomas@nslaw.net
- Jeremy C Kleinman    jkleinman@fgllp.com, ccarpenter@fgllp.com
- Ean L Kryska    ean.kryska@abm.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Thomas J Leanse    thomas.leanse@kattenlaw.com, brian.huben@kattenlaw.com;carole.levine@kattenlaw.com
- Mark E Leipold    mleipold@gouldratner.com, srodriguez@gouldratner.com;lgray@gouldratner.com
- Micah Marcus    mmarcus@kirkland.com, kmaze@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com
- Edward S. Margolis    emargolis@tellerlevit.com

{5678 PLD A0364626.DOC}

- Joy E Mason     jlevy@ebg-law.com
- Henry B. Merens     hbm@ag-ltd.com
- Robert D Nachman     robert.nachman@bfkn.com, jean.montgomery@bfkn.com;mark.mackowiak@bfkn.com
- David A. Newby     dnewby@comananderson.com, tmaurer@comananderson.com
- Michelle G Novick     mgnovick@arnstein.com, lcsolomon@arnstein.com
- Louis J Phillips     lphillips@pfs-law.com, msiedlecki@pfs-law.com
- Robert Radasevich     rradasevich@ngelaw.com, igarcia@ngelaw.com
- Mark L Radtke     mradtke@shawfishman.com, bharrington@shawfishman.com
- Sara G Rajan     srajan@starkreagan.com
- Elizabeth E Richert     erichert@colemanlawfirm.com, dmueller@colemanlawfirm.com
- Peter J Roberts     proberts@shawfishman.com
- Patrick F Ross     pfross@uhlaw.com, kburde@uhlaw.com;rjanczak@uhlaw.com
- Nathan Q. Rugg     nrugg@ag-ltd.com, lhope@ag-ltd.com
- Michael M Schmahl     mschmahl@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com
- Eileen M Sethna     esethna@chuhak.com, rsaldivar@chuhak.com
- John P Sieger     john.sieger@kattenlaw.com
- George J. Spathis     gspathis@hmblaw.com, lvalenti@hmblaw.com,kbates@hmblaw.com,bkatranis@hmblaw.com
- Miriam R. Stein     mstein@chuhak.com, kgord@chuhak.com
- Gregory K Stern     gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
- David A Strauss     dstrauss@kingkrebs.com
- Pia N Thompson     pthompson@gouldratner.com, bburns@gouldratner.com
- Michael Traison     traison@millercanfield.com, wysocki@millercanfield.com,swansonm@millercanfield.com
- Katherine D Vega     kvega@ngelaw.com
- Lindsay E Wilson Gowin     lwgowin@uhlaw.com, lmorris@uhlaw.com
- Andrew L. Wool     wool@chapman.com
- Peter J Young     pyoung@winston.com
- Daniel A Zazove     docketchi@perkinscoie.com

**Bachrach Clothing, Inc. Service List**
**Master Service List & Committee Members**
**(Service Via Electronic Mail, Unless Otherwise Indicated)**

Office of the U.S. Trustee
219 S. Dearborn St., 8th Floor
Chicago, IL  60604
Phone:   (312) 886-7480
Fax:      (312) 886-5794
Steve.G.Wolfe@usdoj.gov

Larry Schechterman
1000 Urlin Ave., Apt. 606
Grandview Heights, OH  43212
lschech@mac.com

{5678 PLD A0364626.DOC}

Gerald Woelcke
Sun Bachrach, LLC
5200 Town Center Circle, Suite 470
Boca Raton, FL  33486
Phone:   (561) 962-3490
Fax:       (561) 394-0540
gwoelcke@suncappart.com

Pat LeVardi
Craig Morrison
Bachrach Acquisition, LLC
One Bachrach Court
Decatur, IL  62526
plevardi@bachrach.com
cmorrison@bachrach.com

Donald Rothman *(Counsel to LaSalle Bank)*
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, MA  02108
Phone:   (617) 880-3556
Fax:       (617) 880-3456
drothman@riemerlaw.com

James A. Stempel
Matthew M. Wawrzyn *(Sun Capital Bachrach, LLC)*
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL  60601
Phone:   (312) 861-2440
Fax:       (312) 861-2200
jstempel@kirkland.com
mwawrzyn@kirkland.com

James Cullen
Chris Tomas
Alex Smith
Alliance Management, Inc.
601 Carlson Pkwy., Ste. 110
Minneapolis, MN  55305
Phone:   (952) 475-2236
Fax:       (952) 475-2224
jcullen@alliancemgmt.com
ctomas@alliancemgmt.com
asmith@alliancemgmt.com

Edgar H. Bachrach
1555 Astor St., #15W
Chicago, IL  60610
Fax:       (484) 902-7311
edbachrach@aol.com

Lawrence C. Gottlieb *(Counsel to the Official Committee of Unsecured Creditors)*
Cathy R. Hershcopf
Jeffrey L. Cohen
Law Offices of Cooley, Godward, Kronish
1114 Avenue of the Americas
New York, NY  10036
Phone:   (212) 479-6000
Fax:       (212) 479-6275
lgottlieb@cooley.com
chershcopf@cooley.com
jcohen@cooley.com

Ms. Alisa Rothstein (C*ommittee Member)*
57th & 5th
730 5th Ave. Suite 503
New York, NY 10019
Phone: (212) 842-9938
Fax:       (212) 765-1101
alisar@57-5.com

James J. Ammeen
Neil Goldberg (C*ommittee Members)*
73 Gould St., #75B
Bayonne, NJ  07002
Phone: (201) 858-2884
Fax:       (201) 858-0028
jamesa@neema.com
neilg@neema.com

Jan McBroom
Edward J. Upbin (C*ommittee Members)*
Kellwood Distribution Division
600 Kellwood Parkway, Suite 200
Chesterfield, MO  63017
Phone: (314) 576-8506
Fax:       (866) 530-4870
jan.mcbroom@kellwood.com
edward_upbin@kellwood.com

{5678 PLD A0364626.DOC}

Mr. Nuno Guerreiro (*Committee Member)*
Maconde Confeccoes II e Comercial e
Industria, S.A.
Rua 5 de Outubro, 2148
4481-941 Vilo do Conde, PORTUGAL
EUROPE
nuno.guerreiro@maconde.pt

Gary L. Schacht *(Committee Member)*
Store Kraft
500 Irving St.
Beatrice, NE  68310
Phone: (402) 223-2348
Fax:    (402) 223-1268
Gary_Schacht@storekraft.com

Ronald M. Tucker *(Committee Member)*
Simon Property Group, L.P.
115 W. Washington St.
Indianapolis, IN  46204
Phone: (317) 263-2346
Fax:    (317) 263-7901
rtucker@simon.com

Samuel B. Garber *(Committee Member)*
Assistant General Counsel
General Growth Management, Inc., as Agent
110 N. Wacker Dr.
Chicago, IL  60606
Phone: (312) 960-5079
Fax:    (312) 960-6373
sam.garber@generalgrowth.com

Dennis B. Black
Keith A. Sigale
Goldberg Kohn Bell Black
   Rosenbloom & Moritz Ltd.
55 E. Monroe St., Suite 3700
Chicago, IL  60603
Phone: (312) 201-4000
Fax:    (312) 332-2196
dennis.black@goldbergkohn.com
keith.sigale@goldbergkohn.com

Edward C. Dolan
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth St., NW
Washington, D.C.  20004-1109
Phone: (202) 637-5677
Fax:    (202) 637-5910
ecdolan@hhlaw.com

Jeffrey Kurtzman
Klehr, Harrison, Harvey,
   Branzburg & Ellers LLP
260 S. Broad St.
Philadelphia, PA  19102
Phone: (215) 569-4493
Fax:    (215) 568-6603
jkurtzma@klehr.com

Laura S. Huseby
Shari L. Friedman
Marwedel, Minichello & Reeb, P.C.
10 S. Riverside Plaza, Suite 720
Chicago, IL  60606
Phone: (312) 902-1600
Fax:    (312) 902-9900
lhuseby@mmr-law.com
sfriedman@mmr-law.com

David L. Pollack
Jeffrey Meyers
Dean Waldt
Ballard Spahr Andrews & Ingersoll, LLP
Mellon Bank Center, 51st Floor
1735 Market St.
Philadelphia, PA  19103
Phone: (215) 864-8325
Fax:    (215) 864-9473
pollack@ballardspahr.com
meyers@ballardspahr.com
waldtd@ballardspahr.com

James H. Billingsley
Hughes & Luce, LLP
1717 Main St., Suite 2800
Dallas, TX  75201
Phone: (214) 939-5500
Fax:    (214) 939-5849
james.billingsley@hughesluce.com

Fred B. Ringel
Robinson Brog Leinwand Greene Genovese
& Gluck P.C.
1345 Avenue of the Americas
New York, NY  10105
Phone: (212) 586-4050
fbr@robinsonbrog.com

Mark P. Naughton
Great American Group
Nine Parkway North, Suite 300
Deerfield, IL  60015
Phone: (847) 444-1400
Fax:    (847) 444-1401
mnaughton@greatamerican.com

Henry G. Swergold
Platzer, Swergold, Karlin, Levine, Goldberg
& Jaslow, LLP
1065 Avenue of the Americas
New York, NY  10018
Phone: (212) 593-3000
Fax:    (212) 593-0353
hswergold@platzerlaw.com

Nancy F. Loftus
Assistant County Attorney
Department of Tax Administration
Fairfax County, Virginia
Suite 549
12000 Government Center Parkway
Fairfax, VA  22035
Phone: (703) 324-2421
Fax:    (703) 324-2665
nancy.loftus@fairfaxcounty.gov

Gary L. Roddy
Senior Director of Collections
CBL & Associates Management, Inc.
CBL Center, Suite 500
2030 Hamilton Place Blvd.
Chattanooga, TN  37421-6000
Phone: (423) 855-0001
Fax:    (423) 490-8619
gary_roddy@cblproperties.com

Lori Winkelman
Quarles & Brady LLP
Renaissance One
2 N. Central Ave.
Phoenix, AZ  85004-2391
Phone: (602) 229-5200
Fax:    (602) 229-5690
lwinkelm@quarles.com

John L. Horan
Cline Williams Wright Johnson & Oldfather
1900 U.S. Bank Building
233 S. 13th St.
Lincoln, NE  68508
Phone: (402) 474-6900
Fax:    (402) 474-5393
jhoran@clinewilliams.com

Timothy Bortz
Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Harrisburg Bankruptcy &
   Compliance Office
333 Market St., 16th Floor
Harrisburg, PA  17101-2235
Phone: (717) 772-0636
tbortz@state.pa.us

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX  75201
Phone: (214) 880-0089
Fax:    (214) 253-2558
dallas.bankruptcy@publicans.com

John P. Dillman
c/o Linebarger Goggan Blair &
   Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
Phone: (713) 844-3478
Fax: (713) 844-3503
Houston_bankruptcy@publicans.com

Gilbert B. Weisman
American Express Travel Related Services Co. Inc.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701
notices@becket-lee.com

Christine Etheridge
Bankruptcy Administration
IKON Financial Services
1738 Bass Rd.
P.O. Box 13708
Macon, GA 31208-3708
Phone: (478) 405-4001
christine.etheridge@ikonfin.com

Dana L. Kurtz
Nicole A. Lindemyer
Kurtz Law Offices, LLC
414 S. State St.
Lockport, IL 60441
Phone: (815) 838-0968
Fax: (312) 893-2239
dkurtz@kurtzlaw.us
nlindemyer@kurtzlaw.us

Neil Herskowitz
Riverside Claims
2109 Broadway, Ste. 206
New York, NY 10023
Phone: (212) 501-0990
Fax: (212) 501-7088
neil@regencap.com

Tennessee Department of Revenue
c/o Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 532-2504
Fax: (615) 741-3334
icillinois@state.tn.us

Michael A. Cox
State of Michigan
Department of Treasury
P.O. Box 30754
Lansing, MI 48909
Phone: (517) 373-3203
MikeCox@michigan.gov
durianh@michigan.gov

{5678 PLD A0364626.DOC}

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 06-06525 |
| BACHRACH CLOTHING, INC., | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date:   February 11, 2014 |
| Debtor. | ) | Hearing Time:   10:00 a.m. |

### FIRST AND FINAL APPLICATION OF LECG, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND RELATED RELIEF

LECG, LLC ("LECG") hereby applies (the "Application") to this Court pursuant to 11 U.S.C. § 363(b), Fed R. Bankr. P. 2002(a)(6), (i), 2016(a) and 9007 and Local Bankruptcy Rule 5082-1 for the allowance of $795,503.23[1] in final compensation and reimbursement of expenses for providing expert consulting services to Bachrach Clothing, Inc. (the "Debtor"). In support of this Application, LECG respectfully states as follows:

### BACKGROUND

1.   On June 6, 2006 ("Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Since then, the Debtor has remained in possession of its assets and has continued to manage its assets as a debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

2.   On June 12, 2006, the Office of the United States Trustee ("UST") appointed an official committee of unsecured creditors ("Committee") in the Debtor's case.

3.   This Court has jurisdiction to hear this matter and enter a final order granting the relief requested herein pursuant to 28 U.S.C. §§ 1334 and 157(b)(2) and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

---

[1] As discussed below, LECG has voluntarily reduced the original invoice amount of $1,212,915.12 by $417,214.31 in lieu of individual deductions.

{5678 PLD A0364626.DOC}

4. On September 4, 2008, the Debtor commenced the adversary proceeding entitled *Bachrach Clothing, Inc. v. Edgar H. Bachrach, et al.*, Adversary Proceeding No. 08 A 00726 (the "Adversary Proceeding") by filing a fifteen count complaint against certain named defendants.[2]

5. The Debtor brought the Adversary Proceeding to (a) avoid and recover certain transfers made by the Debtor to the Adversary Defendants, and avoid certain obligations incurred by the Debtor, during the 16 months prior to the commencement of the Debtor's bankruptcy case in connection with a leveraged buyout transaction ("LBO"), (b) recover damages for breaches of fiduciary duties, and (c) equitably subordinate a note and security interest acquired by certain Defendants in connection with the leveraged buyout transaction. The Debtor sought to recover over $11 million in damages from the Adversary Defendants in the Adversary Proceeding. This Court presided over six days of trial on the Adversary Proceeding from September 28 to October 7, 2010.

## RETENTION OF CONSULTING EXPERT

6. On June 2, 2009, the Debtor filed its *Motion for Authority to Make Payments to a Consulting Expert outside the Ordinary Course of Business* [Docket No. 910] (the "Motion"). Pursuant to the Motion, the Debtor sought to retain and pay LECG as an expert in connection with the Adversary Proceeding to: (i) investigate and prepare the Debtor's claims for trial; and (ii) provide expert testimony at trial, if necessary.[3]

---

[2] Edgar J. Bachrach, individually, and as trustee under agreement dated August 29, 1988, Sally B. Robinson, individually, and as trustee under agreement dated September 15, 1989, Barbara B. James, individually, and as trustee under agreement dated December 23, 1988, and BARSALED, LLC (collectively, the "Adversary Defendants").

[3] Contemporaneously with the filing of the Motion, the Debtor filed its *Motion for the Entry of an Order Restricting Exhibit A to the Debtor's Motion for Authority to Make Payments to Experts outside the Ordinary Course of Business* [Docket No. 911] (the "Seal Motion") requesting Court approval to file LECG's engagement letter ("Engagement Letter") under seal in order to prevent prejudice to the Debtor's litigation strategy. The Court entered an order granting the Seal Motion on June 30, 2009 [Docket No. 930].

{5678 PLD A0364626.DOC}  2

7. On June 30, 2009, the Court entered its *Order Approving Debtor's Motion for Authority to Make Payments to a Consulting Expert outside the Ordinary Course of Business* [Docket No. 933] authorizing the Debtor to incur and pay from funds of the estate, the reasonable and necessary fees and expenses of LECG in connection with the Adversary Proceeding, including as a testifying expert, according to the terms of its Engagement Letter (the "Retention Order"). A copy of the Engagement Letter is attached hereto as Exhibit A.

## SERVICES RENDERED BY LECG

8. Since the entry of the Retention Order, LECG has provided substantial services (the "Services") to the Debtor in connection with the Adversary Proceeding, including, but not limited to: (i) reviewing and analyzing documents produced by the Adversary Defendants; (ii) reviewing and analyzing LBO models; (iii) drafting a substantive report of the LBO transaction and past financial performance of the Debtor; (iv) assisting Debtor's counsel in preparing for depositions of key witnesses and formulating arguments in response to deposition testimony; (v) preparing an expert report; (vi) providing expert testimony at trial; and (vii) developing cross-examination of the Adversary Defendants' expert witnesses.

9. Based upon the customary and reasonable rates charged by LECG, the fair and reasonable value of the Services provided and expenses incurred is not less than 1,212,915.12. Attached hereto and made part hereof is Exhibit B, which are invoices for Services and expenses rendered during LECG's engagement (the "Invoices").[4]

10. Over the course of LECG's engagement by the Debtor, LECG has received payments equaling $595,503.23. The balance still-owing to LECG for the Services and reimbursement of expenses equals $617,214.31. LECG has voluntarily agreed to accept the

---

[4] The invoices for the periods (i) March 1, 2010 – April 30, 2010, and June 1, 2010 – June 30, 2010 could not be located. Accordingly, attached are detailed spreadsheets outlining the time-entries of LECG professionals for the foregoing periods.

{5678 PLD A0364626.DOC}    3

amount of $795,203.23 as full compensation for its Services and expenses (the "<u>Final Compensation Request</u>"). Accordingly, the unpaid amount which LECG seeks payment of is $200,000.00.

11. Given the substantial time spent by LECG on the Services and the complexity of issues involved in the Adversary Proceeding, the Debtor believes that the Final Compensation Request is fair and reasonable and requests the entry of an order authorizing compensation for the Services as set forth herein.

## **NOTICE**

12. Notice of this Application has been given to: (a) the Office of the United States Trustee; (b) counsel to the Debtor's secured lenders; (c) members of the Committee and its counsel; and (d) parties requesting notice in this case. In light of costs and burdens of transmitting notice to all of the Debtor's creditors, LECG respectfully requests that additional notice of the hearing on this Application be waived for good cause shown pursuant to FED. R. BANKR. P. 2002(i) and 9007.

WHEREFORE, LECG requests the entry of an order, substantially in the form attached hereto, that:

(a) Allows LECG $795,503.23 in final compensation and reimbursement of expenses;

(b) Authorizes the Debtor to pay LECG the amount of $200,000.00;

(c) Waives other and further notice of the hearing with respect to this Application; and;

(d)     Provides such additional relief as may be just and equitable under the circumstances.

Dated: January 17, 2014

Respectfully submitted,

LECG, LLC

By: /s/ Jan Fink
General Counsel to LECG, LLC

Jan Fink
General Counsel
LECG, LLC
2300 Computer Drive, Suite G-06
Willow Grove, PA 19090
**(215) 830-1432 TELEPHONE**
**(610) 300-7217 FACSIMILE**

{000 MSC A0363982.DOCX}                5